THE HONORABLE RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; et al.,<br><br>　　　　Defendants. | NO. 2:21-cv-01706-RSM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

THIS MATTER comes before the Court based on a Motion for Leave to Amend Complaint filed by Plaintiff, by and through his attorneys. Having determined that Plaintiff's motion should be granted, now, therefore, IT IS HEREBY ORDERED:

Plaintiff's Motion for Leave to Amend Complaint is GRANTED.

DATED this 28th day of March, 2022.

　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO AMEND COMPLAINT - 1
(21-cv-01706-RSM)

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509