THE HONORABLE JOHN H. CHUN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

EMANUEL D. FAIR,

        Plaintiff,

v.

KING COUNTY, a political subdivision of the State of Washington; et al.,

        Defendants.

NO.  2:21-cv-01706-JHC

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT LENWORTH G. KNOWLES**

**Clerk's Action Required**

Note On Motion Calendar:
October 25, 2022

## I.    RELIEF REQUESTED

Plaintiff Emanuel D. Fair ("Plaintiff") respectfully requests that this Court enter default against Defendant Lenworth G. Knowles ("Defendant") pursuant to LCR 55(a). Plaintiff served Defendant pursuant to Fed. R. Civ. P. ("FRCP") 4. Defendant has failed to appear, plead, or otherwise defend against the allegations.

## II.    STATEMENT OF FACTS

On May 13, 2022, Plaintiff filed a Summons against Defendant Knowles in the present action (Dkt. #58). A Declaration of Service was subsequently filed on May 24, 2022, providing proof that service was properly affected on May 23, 2022 (Dkt. #60). Knowles has not appeared,

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT LENWORTH G. KNOWLES - 1
(21-cv-01706-JHC)

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

pled, or otherwise defended against the allegations contained in Plaintiff's First Amended

Complaint within the time frame allowed by court rule.

### III.    AUTHORITY AND ARGUMENT

This Motion is made pursuant to FRCP 55 and LCR 55(a). Under LCR 55(a), an entry of

an Order of Default is warranted so long as a party served the defaulting party with personal service

pursuant to FRCP 4. LCR 55(a) permits a party to move for an entry of default without providing

additional notice if a party fails to appear, "plead or otherwise defend," and that failure is shown

by affidavit or otherwise. Pursuant to FRCP 12(a)(1)(A)(i), a defendant has twenty-one (21) days

(exclusive of the day of service) to "serve an answer" after service of a summons and complaint.

Here, personal service of the Summons and Plaintiff's First Amended Complaint was

effected upon Defendant Knowles on May 23, 2022, as evidenced by the Declaration of Service.

To date, Knowles has not appeared, answered, or in any way defended against the allegations

contained in Plaintiff's filed First Amended Complaint. Accordingly, no further notice is required,

and this Court may enter an Order of Default against Defendant Knowles.

### IV.    CONCLUSION

Plaintiff respectfully requests that this Court enter an Order of Default against Defendant

Lenworth G. Knowles. A proposed Order is submitted herewith.

DATED this 25th day of October, 2022.

GALANDA BROADMAN, PLLC

s/Ryan D. Dreveskracht
Ryan D. Dreveskracht, WSBA #42593
s/Corinne Sebren
Corinne Sebren, WSBA # 58777
Attorneys for Plaintiff
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: ryan@galandabroadman.com
Email: corinne@galandabroadman.com

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST
DEFENDANT LENWORTH G. KNOWLES - 2
(21-cv-01706-JHC)

Galanda Broadman PLLC
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509