UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>        Plaintiff,<br><br>  v.<br><br>KING COUNTY; CITY OF REDMOND; BRIAN COATS; RON J. HARDING; LENWORTH G. KNOWLES; GREG MAINS; GREG L. PATRICK; LON SHULTZ; DAVID SOWERS; ANN MARIE FEIN; SHAWN McCRILLIS; KRISTI WILSON; TERRY MORGAN; JAN FULLER; JEFF BAIRD; TODD CLARK; JOHN DIAZ; and JOHN DOES 1–20<br><br>        Defendants. | C21-1706 JHC<br><br>ORDER |

    This matter comes before the Court on its order to show cause of April 13, 2023. Dkt. # 85. On April 17, Plaintiff responded to the order. Dkt. # 86. Based on that response, the Court DISMISSES without prejudice any and all negligence and negligent infliction of emotional distress claims by Plaintiff against any of the individual defendants.

    Dated this 18th day of April, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 1