1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMANUEL D FAIR,

            Plaintiff,

   v.

KING COUNTY, et al,

           Defendants.

CASE NO. 2:21-cv-01706-JHC

ORDER

      Before the Court is the parties' stipulated motion for protective order. Dkt. # 108. The local rules provide that "parties that wish to depart from [this district's] model [protective] order must provide the court with a redlined version identifying departures from the model." LCR 26(c)(2). Here, the parties have neither provided a redlined version of this district's model protective order nor stated that their proposed stipulated protective order does not depart from the district's model order. *See generally* Dkt. # 108. Accordingly, the Court ORDERS the parties to file immediately a redlined version of their stipulated protective order that identifies any departures from the district's model protective order.

/

/

ORDER - 1

Dated this 31st day of January, 2024.

                                      John H. Chun
                                      United States District Judge

ORDER - 2