IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>            Plaintiff,<br><br>v.<br><br>KING COUNTY, et al.,<br><br>            Defendants. | No. 2:21-cv-01706-JHC<br><br>**ORDER RE: SECOND AMENDED COMPLAINT AND CONTINUANCE** |

This matter comes before the Court on the parties' stipulated motion to allow a second amended complaint and to continue the trial date and pretrial deadlines. Dkt. # 118. The Court GRANTS Plaintiff leave to file his Second Amended Complaint within five (5) court days of this order. The Court also GRANTS the request for a continuance. But due to the Court's schedule, trial is set for February 18, 2025, rather than the requested date in January 2025. The Court DIRECTS the Clerk to issue a new case scheduling order. And the Court commends the parties and counsel for working cooperatively.

DATED this 14th day of March, 2024.

_____
John H. Chun
United States District Judge

ORDER RE: SECOND AMENDED COMPLAINT &
CONTINUANCE - 1
( 2:21-cv-01706-JHC)