IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL FAIR,<br><br>  Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; *et al.*,<br><br>  Defendants. | NO.  2:21-cv-01706-JHC<br><br>**STIPULATION AND AGREED ORDER DIRECTING DEFENDANT KING COUNTY TO RELEASE CERTAIN NONCONVICTION DATA**<br><br>**NOTE ON MOTION CALENDAR: JULY 24, 2024** |

COME NOW Plaintiff and Defendant King County, by and through their respective counsel, who jointly stipulate and agree as follows:

1. Plaintiff has served discovery requests (Interrogatory No. 25 and Request for Production No. 38) on Defendant King County seeking nonconviction data of certain identified individuals which is maintained by the King County Department of Adult and Juvenile Detention ("DAJD"). The requested information includes:

   a. The individuals' race, as reflected in the DAJD's classification system; and

   b. The length of incarceration in the DAJD facility(ies) on the cause number identified for each individual.

2. Defendant King County objects to the discovery requests to the extent RCW 10.97.050(4) prohibits the distribution of nonconviction data by a Washington criminal justice agency, such as the DAJD, without a court order authorizing and directing the information be made available for a particular purpose.

STIPULATION AND AGREED
ORDER TO CONTINUE PRETRIAL DATES - 1

1    3.  Defendant King County furthermore requests that any information provided in response to the subject discovery requests be protected by the Second Amended Stipulated Protective Order (Dkt. # 113).

4.  Based upon the stipulation set forth above, the Parties stipulate to the filing of the proposed Agreed Order below.

IT IS SO STIPULATED this 24th day of July, 2024:

GALANDA BROADMAN, PLLC

/s/Rachel R. Tobias
Ryan D. Dreveskracht, WSBA #42593
Corinne Sebren, WSBA #58777
Rachel R. Tobias, WSBA #34111
Attorneys for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: ryan@galandabroadman.com
Email: corinne@galandabroadman.com
Email: rtobias@galandabroadman.com


LEESA MANION (she/her)
King County Prosecuting Attorney

/s/Carla B. Carlstrom
CARLA B. CARLSTROM, WSBA #27521
KARISSA TAYLOR, WSBA #31563
Senior Deputy Prosecuting Attorneys
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 296-8820 / Fax (206) 296-0191
carla.carlstrom@kingcounty.gov
karissa.taylor@kingcounty.gov
Attorneys for Defendant King County

STIPULATION AND AGREED
ORDER TO CONTINUE PRETRIAL DATES - 2

**AGREED ORDER**

Pursuant to the Stipulation above and RCW 10.97.050(4), the Court hereby authorizes and directs Defendant King County's DAJD to make the race and length of incarceration data for the individuals identified in Plaintiff's Interrogatory No. 25 and Request for Production No. 38 available to Plaintiff for use in this litigation. The Court furthermore orders that any information made available to Plaintiff pursuant to this Agreed Order shall constitute "Confidential Information" and be subject to the Second Amended Protective Order herein.

DATED this 25th day of July, 2024.

_____
John H. Chun
United States District Judge