UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMANUEL D. FAIR, <br>     Plaintiff, <br><br> vs. <br><br> KING COUNTY, a political subdivision of the State of Washington, CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington; BRIAN COATS, in his personal capacity; JEFF BAIRD, in his personal capacity, <br>     Defendants. | No. 21-cv-01706-JHC <br><br> ORDER GRANTING DEFENDANTS KING COUNTY AND JEFF BAIRD'S MOTION TO STAY CASE SCHEDULING DEADLINES |

Before the Court is Defendants King County and Jeff Baird's Motion to Stay Case Scheduling Deadlines. Dkt. # 135. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the case file, and the governing law. Being fully advised, for the reasons argued by the movants, the Court GRANTS the motion. The Court STAYS the case scheduling deadlines pending resolution of King County's motion to dismiss at Dkt. # 124. The Court DIRECTS the parties to file a Joint Status Report on the parties' proposed case schedule(s) within fourteen (14) days of the resolution of the motion to dismiss.

/

/

DATED this 1st day of October, 2024.

*[signature: John H. Chun]*

HONORABLE JOHN H. CHUN

ORDER GRANTING DEFENDANT KING COUNTY AND
JEFF BAIRD'S MOTION TO STAY DEADLINES
 [21-cv-01706-JHC]- 2