UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMANUEL D. FAIR, <br><br> Plaintiff, <br><br> vs. <br><br> KING COUNTY, a political subdivision of the State of Washington, CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington; BRIAN COATS, in his personal capacity; JEFF BAIRD, in his personal capacity, <br><br> Defendants. | No. 21-cv-01706-JHC <br><br> ORDER RE: DEFENDANTS KING COUNTY AND JEFF BAIRD'S MOTION TO FILE AN OVER-LENGTH BRIEF |

 Before the Court is Defendants King County and Jeff Baird's Motion to File an Over-Length Brief.  Dkt. # 151.  Based on the motion, the file, and the governing law, the Court GRANTS the motion.  Defendants King Count and Jeff Baird's motion to exclude expert witnesses may not exceed 6,400 words.

 DATED this 17th day of December, 2024.

              *John H. Chun*
              JOHN H. CHUN
              UNITED STATES DISTRICT JUDGE