IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| EMANUEL D. FAIR, | NO. 21-cv-01706-JHC |
|---|---|
| Plaintiff, | STIPULATED MOTION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO EXCLUDE EXPERT TESTIMONY (DKT ## 156, 158) |
| v. | |
| KING COUNTY, a political subdivision of the State of Washington; et al., | |
| Defendants. | NOTING DATE: DECEMBER 27, 2024 |

Pursuant to Local Civil Rule 7(j), the Parties in this action jointly move the Court for entry of an order extending Plaintiff's deadline to respond to Defendants' overlength Motions to Exclude Expert Testimony (Dkt. ## 156, 158) by two weeks as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Plaintiff's Response to Defendants' Motions to Exclude | January 10, 2025 | January 24, 2025 |

The Parties have conferred and agreed that the proposed extension is in the best interests of the Parties for the reasons described below:

STIPULATED MOTION AND ORDER TO EXTEND PLAINTIFF'S
DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO EXCLUDE
EXPERT TESTIMONY (DKT. ## 156, 158) - 1
(21-cv-01706-JHC)

1. These overlength motions were filed long before the June 2, 2025 deadline set by the Court and will not cause delay or necessitate changes to the case schedule. (Dkt. # 149).

2. The motions to exclude were filed immediately before the winter holiday season, which this year, has two mid-week federal holidays over back-to-back weeks. The Parties agree a two-week extension is reasonable to accommodate staffing difficulties posed by the holiday schedule.

IT IS SO STIPULATED.

DATED this 27th day of December, 2024.

| GALANDA BROADMAN, PLLC | CHRISTIE LAW GROUP, PLLC |
|---|---|
| By: *s/Corinne Sebren*<br>Corinne Sebren, WSBA #58777<br>Ryan Dreveskracht, WSBA #42593<br>Rachel Tobias, WSBA #34111<br>Attorneys for Plaintiff Emanuel Fair<br>Email: ryan@galandabroadman.com<br>　　　corinne@galandabroadman.com<br>　　　rtobias@galandabroadman.com | By: *s/Salim D. Lewis*<br>Salim D. Lewis, WSBA #52660<br>Robert L. Christie, WSBA #10895<br>Attorneys for City of Redmond & Brian Coates<br>Email: bob@christielawgroup.com<br>　　　salim@christielawgroup.com |

LEESA MANION
King County Prosecuting Attorney

By: *s/Carla B. Carlstrom*
Carla B. Carlstrom, WSBA #27521
Karissa Taylor, WSBA #31563
Senior Deputy Prosecuting Attorneys
Attorneys for Defendant King County
Email: carla.carlstrom@kingcounty.gov
　　　Karissa.taylor@kingcounty.gov

**ORDER**

PURSUANT to the Stipulation above, the Court hereby orders that the identified deadline for Plaintiff's Responses to Defendants' Motions to Exclude Expert Testimony be reset as agreed by the Parties, and sets the new deadline to January 24, 2025.

DATED this 27th day of December, 2024.

_____
John H. Chun
United States District Judge