UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>        Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; *et al.*,<br><br>        Defendants. | Case No. 2:21-cv-01706-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE COMBINED OVERLENGTH MOTION TO EXCLUDE EXPERT WITNESSES |

THIS MATTER comes before the Court on Plaintiffs' Motion To File Combined Overlength Motion to Exclude Expert Witnesses. Dkt. # 178. The Motion is GRANTED. Plaintiff's Motion may not exceed 6,000 words. Response briefing will likewise be limited to 6,000 words; Defendants, who have not yet been heard in connection with this request, may seek leave to exceed this limit.

DATED this 14th day of February, 2025

*/s/ John H. Chun*
John H. Chun
United States District Judge

ORDER GRANTING
PLAINTIFF'S MOTION TO FILE COMBINED OVERLENGTH
MOTION TO EXCLUDE EXPERT WITNESSES - 1
(21-cv-01706-JHC)