UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>                Plaintiff,<br><br>vs.<br><br>KING COUNTY, a political subdivision of the State of Washington, CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington; BRIAN COATS, in his personal capacity; JEFF BAIRD, in his personal capacity,<br><br>                Defendants. | No. 2:21-cv-01706-JHC<br><br>STIPULATED ORDER GRANTING KING COUNTY DEFENDANTS' MOTION FOR OVER-LENGTH SUMMARY JUDGMENT BRIEF |

THIS MATTER comes before the Court on the parties' Stipulated Motion and Order Regarding King County Defendants' Motions for Summary Judgment. Dkt. # 189. It is hereby ORDERED:

This Stipulated Motion is GRANTED.

1. King County Defendants' Motion for Summary Judgment shall not exceed 20,000 words;

2. Plaintiff's response to King County Defendants' Motion for Summary Judgment shall not exceed 20,000 words, except that, if Plaintiff determines it is possible to respond

to King County Defendants' and Redmond Defendants' Motions for Summary Judgment in the same filing, that response shall not exceed 28,400 words;

3. King County Defendants shall file their Motion for Summary Judgment on or before March 7, 2025;

4. Plaintiff shall file his Response(s) thereto on or before April 11, 2025; and

5. King County Defendants shall file their reply, which shall not exceed one-half the length of plaintiff's response or 8,400 words if plaintiff files one response to both King County and Redmond's motions. on or before April 18, 2025.

SO ORDERED this 26th day of February, 2025.

_____
John H. Chun
United States District Judge

STIPULATED ORDER GRANTING KING COUNTY
DEFENDANTS' MOTION FOR OVER-LENGTH SUMMARY
JUDGMENT MOTION [21-cv-01706-JHC] - 2