1

2

3

4

5                                UNITED STATES DISTRICT COURT
                                 WESTERN DISTRICT OF WASHINGTON
6

7   EMANUEL D. FAIR,                              )
                                                  )   No.  21-cv-01706-JHC
                                      Plaintiff,  )
8             vs.                                 )   ORDER
                                                  )
9   KING COUNTY, a political subdivision of the   )
    State of Washington, CITY OF REDMOND, a       )
10  municipal entity and political subdivision of the )
    State of Washington; BRIAN COATS, in his      )
11  personal capacity; JEFF BAIRD, in his personal )
    capacity,                                     )
12                                                )
                                      Defendants. )
13                                                )

14

15          THIS MATTER comes before the Court on Plaintiff's Motion for Extension of Time to

16  File Response to Defendants' Motions for Summary Judgment (Dkt. ## 196 and 200).  Dkt. #

17  202.  The Court has considered the materials filed in support of and in opposition to the motion,

18  the rest of the file, and the governing law.  The motion is noted for tomorrow, but the briefing is

19  complete, and the Court sees no good reason to wait to issue this ruling.  Being fully advised, the

    Court GRANTS the motion in part and DENIES it in part as follows:

20          The Court DIRECTS the Clerk to re-note the motions for summary judgment at Dkt. ##

21  196 and 200 for April 25, 2025.  The response deadline is now April 21, 2025.  And the reply

22  deadline is April 25, 2025.

23  /

ORDER [21-cv-01706-JHC] - 1

1

DATED this 9th day of April, 2025.

2

3

_____
4          JOHN H. CHUN
           UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER [21-cv-01706-JHC] - 2