IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; et al.,<br><br>Defendants. | NO. 2:21-cv-01706-JHC<br><br>STIPULATED MOTION TO FILE EXHIBITS UNDER SEAL AND ORDER TO SEAL |

The above-named Parties, by and through their respective counsel, jointly move this Court for an Order pursuant to Local Rule 5(g) to seal Exhibits 36a, 63, 64, 65, 67, and 69 to be filed with the Declaration of Rachel R. Tobias in Support of Plaintiff's Opposition in Response to All Defense Motions for Summary Judgment filed on April 21, 2025 (Dkt. # 211). This will also necessitate filing a redacted memorandum (Dkt. # 210), with the unredacted version filed under seal. The Parties hereby stipulate and agree as follows:

1.  Pursuant to LCR 5(g)(3), counsel for Plaintiff hereby certifies that on April 21, 2025, they conferred with counsel for King County and City of Redmond, specifically, Carla Carlstrom and Salim Lewis, via email to reach agreement on the need to file the documents under

FAIR-2025-04-21 STIPULATED MOTION TO SEAL
AND ORDER TO SEAL
2:21-cv-01706-JHC - 1

1. seal, and to explore other alternatives to filing under seal such as redaction.

2. *See* Declaration of Rachel R. Tobias in Support of Stipulated Motion to File Exhibits Under Seal.

3. Defendant King County does not agree to retract its confidentiality designations for these exhibits as they contain material protected by attorney work-product privilege (Exs. 63, 64, 65, 67 and 69) or implicate victim privacy (Ex. 36a – crime scene photo of victim). *Id.*

4. By so stipulating, neither Plaintiff nor Defendants consent to discovery above or beyond those permitted by the Federal Rules of Civil Procedure or this Court's Local Rules.

5. By so stipulating, Plaintiff does not waive the right to seek an order unsealing these documents at a future date.

DATED this 21st day of April, 2025.

GALANDA BROADMAN, PLLC

*s/ Rachel R. Tobias*
Ryan D. Dreveskracht, WSBA #42593
Corinne Sebren, WSBA #58777
Rachel R. Tobias, WSBA #34111
Attorneys for Plaintiffs
P.O. Box 15146 Seattle, WA 98115
(206) 557-7509 Fax: (206) 299-7690
Email: ryan@galandabroadman.com
Email: corinne@galandabroadman.com
Email: rtobias@galandabroadman.com

LEESA MANION (she/her)
King County Prosecuting Attorney

*s/ Carla Carlstrom*
CARLA B. CARLSTROM, WSBA #27521
KARISSA TAYLOR, WSBA #31563
Senior Deputy Prosecuting Attorneys
701 5th Avenue, Suite 600
Seattle, WA 98104
(206) 296-8820 / Fax (206) 296-0191
carla.carlstrom@kingcounty.gov

|   |   |
|---|---|
| 1 | karissa.taylor@kingcounty.gov |
| 2 | Attorneys for Defendant King County |

BAKER STERCHI COWDEN & RICE, LLC

*s/ Salim Lewis*

ROBERT L. CHRISTIE, WSBA #10895
SALIM D. LEWIS, WSBA #52660
Baker Sterchi Cowden & Rice, LLC
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
bob.christie@bakersterchi.com
salim.lewis@bakersterchi.com
Attorneys for Defendants City of Redmond and Brian Coats

FAIR-2025-04-21 STIPULATED MOTION TO SEAL
AND ORDER TO SEAL
2:21-cv-01706-JHC - 3

**ORDER**

Pursuant to the Stipulation above the Court hereby ORDERS that Plaintiff's Opposition in Response to All Defense Motions for Summary Judgment (Dkt. # 210) and exhibits 36a, 63, 64, 65, 67, 69 filed with the Declaration of Rachel R. Tobias in Support of Plaintiff's Opposition in Response to All Defense Motions for Summary Judgment (Dkt. # 211), are to be filed under seal.

DATED this 22nd day of April, 2025.

_____
John H. Chun
United States District Judge