IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR, | NO. 21-cv-01706-JHC |
| Plaintiff, | ORDER |
| v. | |
| KING COUNTY, a political subdivision of the State of Washington, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Voluntary Dismissal of Plaintiff's Section 1983 Claims Against Defendants Baird and Coats. Dkt. # 255. Given the Ninth Circuit's Order yesterday in the pending appeals in this matter (25-3750, Dkt. # 83; 25-3751, Dkt. # 84), the Court STRIKES the motion and STRIKES the January 9, 2026 hearing. *See* Dkt. # 259.

DATED this 18th day of January, 2025.

John H. Chun
United States District Judge

ORDER - 1
(21-cv-01706-JHC)