IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>          Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington; BRIAN COATS, in his personal capacity; JEFF BAIRD, in his personal capacity,<br><br>          Defendants. | NO. 21-cv-01706-JHC<br><br>ORDER GRANTING STIPULATED MOTION TO STAY TRIAL DATE AND AMEND CASE SCHEDULE |

    This matter comes before the Court on the parties' stipulated motion to stay the trial date and all remaining pretrial deadlines pending resolution of appeal. Dkt. # 261.

    The Court has reviewed the file and is fully informed and, finding good cause, the stipulated motion is GRANTED. The trial date in this matter, currently set for February 2, 2026, is stricken.

    Upon resolution of related appeals currently before the Ninth Circuit, the Parties shall promptly submit a joint status report to the Court.

ORDER GRANTING STIPULATED MOTION TO
STAY TRIAL DATE AND AMEND CASE SCHEDULE - 1
 (21-cv-01706-JHC)

1   DATED this 18th day of December, 2025.

4   _____
    JOHN H. CHUN
5   United States District Judge

25  ORDER GRANTING STIPULATED MOTION TO
    STAY TRIAL DATE AND AMEND CASE SCHEDULE - 2
    (21-cv-01706-JHC)