IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

EMANUEL D. FAIR,

          Plaintiff,

v.

KING COUNTY, a political subdivision of the
State of Washington; CITY OF REDMOND, a
municipal entity and political subdivision of the
State of Washington; BRIAN COATS, in his
personal capacity; JEFF BAIRD, in his personal
capacity,

          Defendants.

NO.  21-cv-01706-JHC

ORDER GRANTING MOTION FOR
VOLUNTARY DIMISSAL OF
DEFENDANTS BAIRD AND COATS
WITH PREJUDICE

This matter comes before the Court on the Plaintiff's Motion for Voluntary Dismissal of

Defendants Baird and Coats With Prejudice.  Dkt. # 264.  The Court has considered the

materials filed in support of and in response to the motion, pertinent portions of the record, and

the governing law.

Being fully advised, the Court GRANTS the motion and DISMISSES all claims against

Defendants Brian Coats and Jeffrey Baird with prejudice.  Defendants Coats and Baird are

awarded costs under Federal Rule of Civil Procedure 54(d)(1).

//

//

//

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF
DEFENDANTS BAIRD AND COATS WITH PREJUDICE - 1
 (21-cv-01706-JHC)

DATED this 10th day of February, 2026.

John H. Chun
United States District Judge

ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL OF
DEFENDANTS BAIRD AND COATS WITH PREJUDICE - 2
(21-cv-01706-JHC)