UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

EMANUEL D. FAIR, )
)     No.  21-cv-01706-JHC
Plaintiff, )
)
vs. )
)     ORDER GRANTING STIPULATED
KING COUNTY, a political subdivision of the )     MOTION REGARDING BRIEF
State of Washington, CITY OF REDMOND, a )     SCHEDULE
municipal entity and political subdivision of the )
State of Washington; BRIAN COATS, in his )
personal capacity; JEFF BAIRD, in his personal )
capacity, )
)
)
Defendants. )
)

Pursuant to the Parties' Stipulated Motion Regarding Brief Schedule, Dkt. # 272, IT IS

HEREBY ORDERED that the Parties follow the below filing deadlines for Defendants' Motion

for Summary Judgment that will be noted for April 3, 2026:

March 13, 2026:     Defendants' Motion for Summary Judgment;

March 27, 2026:     Plaintiff's Response;

April 3, 2026:     Defendants' Reply.

IT IS SO ORDERED.

//

ORDER GRANTING STIPULATED MOTION
REGARDING BRIEF SCHEDULE [21-cv-01706-JHC]
- 1

DONE this 26th day of February, 2026.

_____

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION
REGARDING BRIEF SCHEDULE [21-cv-01706-JHC]
- 2