UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

EMANUEL D. FAIR,                                          )
                                                         )
                              Plaintiff,                 )   No. 21-cv-01706-JHC
                                                         )
            vs.                                          )   ORDER GRANTING STIPULATED
                                                         )   MOTION TO AMEND CASE
KING COUNTY, a political subdivision of the              )   CAPTION
State of Washington, CITY OF REDMOND, a                  )
municipal entity and political subdivision of the        )
State of Washington; BRIAN COATS, in his                 )
personal capacity; JEFF BAIRD, in his personal           )
capacity,                                                )
                                                         )
                              Defendants.                )

Based on the Stipulated Motion to Amend Case Caption in this matter, Dkt. # 275, IT IS

HEREBY ORDERED that Defendants Brian Coats and Jeff Baird shall be removed from the

caption of this matter from this date forward as the former Defendant Brian Coats and Jeff Baird

have been dismissed from this case with prejudice.

The caption shall be styled henceforth as below:

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE CAPTION [21-cv-01706-JHC]- 1

EMANUEL D. FAIR,

                                            Plaintiff,

              vs.

KING COUNTY, a political subdivision of the
State of Washington, CITY OF REDMOND, a
municipal entity and political subdivision of the
State of Washington,

                                            Defendants.


        DATED this 12th day of March, 2026.


                                    _____
                                    JOHN H. CHUN
                                    UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE CAPTION [21-cv-01706-JHC]- 2