IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| EMANUEL D. FAIR, | NO. 21-cv-01706-JHC |
|---|---|
| Plaintiff, | **STIPULATED MOTION TO FILE EXHIBITS UNDER SEAL AND ORDER** |
| v. | |
| KING COUNTY, a political subdivision of the State of Washington; et al., | NOTING DATE: MARCH 27, 2026 |
| Defendants. | |

The undersigned Parties in this matter jointly move this Court for an Order pursuant to Local Rule 5(g) to seal Exhibits D, E, and G, to be filed with the Declaration of Corinne Sebren in Support of Plaintiff's Opposition in Response to Defendants' Joint Motion for Summary Judgment filed on March 27, 2026. (Dkt. 281). This will also necessitate filing a redacted memorandum accompanying Plaintiff's forthcoming Opposition in Response to Defendants' Joint Motion for Summary Judgment, with the unredacted version filed under seal. The Parties hereby stipulate to the following:

1.       Pursuant to LCR 5(g)(3), and the Protective Order filed in this matter (Dkt. 113), on March 26, 2026, counsel for Plaintiff conferred with counsel for Defendant King County and

STIPULATED MOTION TO FILE EXHIBITS UNDER SEAL AND
ORDER - 1
(21-cv-01706-JHC)

Defendant City of Redmond via email to reach agreement about the need to file under seal certain documents designated by Defendant King County as Confidential.

2.      Defendant King County responded it will not remove designations for the above-named exhibits because they are protected work product. *See* Declaration of Corinne Sebren in Support of Stipulated Motion to File Exhibits Under Seal, **Exhibit A**.

3.      Plaintiff's counsel certifies that they reached out to confer about the confidentiality designations at the earliest date available. The time Plaintiff had to respond to this brief was shorter than the typical timeframe for dispositive briefings. *See* LCR 7(d)(4) (relaying the typical rule that summary judgment response briefs are noted "no later than 21 days after the filing date of the motion"). Prior to conferring on March 26, 2026, the exhibits he planned to file were not confirmed.

4.      No party waives its right to seek an order unsealing these documents at a future date.

DATED this ____ day of _____, 2026.[1]

I certify that this memorandum contains 275 words, in compliance with the Local Civil Rules.

BUDGE & HEIPT, PLLC

 s/ _____
Corinne Sebren, WSBA No. 58777
Edwin S. Budge, WSBA No. 24182
Erik J. Heipt, WSBA No. 28113
Budge & Heipt, PLLC
808 East Roy Street
Seattle, WA 98102
Telephone: (206) 624-3060
Email: ed@budgeandheipt.com
Email: corinne@budgeandheipt.com
*Attorneys for Plaintiff*

[1 The motion at Dkt. # 279 includes the date of signing and counsel's "signatures."]

STIPULATED MOTION TO FILE EXHIBITS UNDER SEAL AND
ORDER - 2
(21-cv-01706-JHC)

GALANDA BROADMAN, PLLC

 s/
Ryan Dreveskracht, WSBA No. 42593
Rachel Tobias, WSBA No. 34111
8606 35th Avenue NE, Suite L1
Seattle, WA 98115
Telephone: (206) 557-7509
Email: ryan@galandabroadman.com
Email: rachel@galandabroadman.com
*Attorneys for Plaintiff*

Patty Eakes, WSBA #18888
Morgan, Lewis & Bockius, LLP
1301 Second Avenue, Suite 3000
Seattle, WA 98101
(206) 274-6400 / Fax (206) 274-6401
Patty.eakes@morganlewis.com
*Attorney for King County*

Carla B. Carlstrom, WSBA #27521
Amy Montgomery, WSBA #32068
Senior Deputy Prosecuting Attorneys
701 Fifth Avenue, Suite 600
Seattle, WA 98104
(206) 296-1120 / Fax (206) 296-0191
Carla.carlstrom@kingcounty.gov
Amy.montgomery@kingcount.gov
*Attorneys for King County*

Henry C. Phillips, WSBA #55152
Angeli & Calfo LLC
701 Pike Street, Suite 1625
Seattle, WA 98101
(206) 703-4810
Henry@angelicalfo.com
*Attorney for King County*

STIPULATED MOTION TO FILE EXHIBITS UNDER SEAL AND
ORDER - 3
(21-cv-01706-JHC)

Robert L. Christie, WSBA #10895
John W. Barry, WSBA #55661
Baker Sterchi Cowden & Rice, LLC
2100 Westlake Ave N #206
Seattle, WA 98109
(206) 957-9669 / Fax (206) 352-7875
Bob.christie@bakersterchi.com
John.barry@bakersterchi.com
*Attorneys for City of Redmond*

STIPULATED MOTION TO FILE EXHIBITS UNDER SEAL AND
ORDER - 4
(21-cv-01706-JHC)

**ORDER**

THIS MATTER comes before the Court pursuant to the Stipulated Motion to File Exhibits Under Seal.  Dkt. # 279.  The Court has fully considered the pleadings on file herein, and hereby ORDERS that Plaintiff's Opposition in Response to Defendants' Joint Motion for Summary Judgment and Exhibits D, E, and G filed with the Declaration of Corinne Sebren in Support of Plaintiff's Opposition in Response to Defendants' Joint Motion for Summary Judgment are to be filed under seal.

DATED this 27th day of March, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT COURT

STIPULATED MOTION TO FILE EXHIBITS UNDER SEAL AND
ORDER - 5
(21-cv-01706-JHC)