IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>   Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; et al.,<br><br>   Defendants. | NO.  21-cv-01706-JHC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR PROMPT TRIAL SETTING |

This matter comes before the Court on Plaintiff's Motion for Prompt Trial Setting. Dkt. # 294. The Court has fully considered all the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law.

Being fully advised, the Court GRANTS the motion. Trial in this matter is set for **September 14, 2026**. The Court DIRECTS the Clerk to issue a scheduling order that begins with the deadline for motions in limine.

DATED this 17th day of June, 2026.

John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR PROMPT TRIAL SETTING - 1
(21-cv-01706-JHC)