UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>vs.<br><br>KING COUNTY, a political subdivision of the State of Washington, CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington,<br><br>Defendants. | No. 21-cv-01706-JHC<br><br>ORDER ON DEFENDANTS' JOINT MOTION UNDER CR 7(d)(2) FOR RELIEF FROM DEADLINE TO SUBMIT ADDITIONAL MOTION IN LIMINE |

THIS MATTER comes before the Court on Defendants' Joint Motion under CR 7(d)(2) for Relief from Deadline to Submit Additional Motion in Limine. Dkt. # 319. The motion is unopposed. Finding good cause, the Court GRANTS the motion.

DONE this 26th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE