IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; et al.,<br><br>Defendants. | NO. 21-cv-01706-JHC<br><br>PRETRIAL ORDER |

## I. FEDERAL JURISDICTION

Jurisdiction is vested in this court under 28 U.S.C. § 1331 and § 1343. This Court has supplemental subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

## II. CLAIMS

<u>PLAINTIFF'S CLAIMS</u>:

1. 42 U.S.C. § 1983 (Failure to Train) – City of Redmond
2. Malicious Prosecution – City of Redmond
3. 42 U.S.C. § 1983 (Failure to Train) – King County
4. Malicious Prosecution – King County

DEFENDANTS' REMAINING[1] DEFENSES (AS STATED BY DEFENDANTS)[2]:

1. Redmond is not liable for pre-judgment interest. RCW 4.56.115.
2. Plaintiff's state law malicious prosecution claim against Redmond under a theory of respondeat superior is legally barred, Brian Coats having prevailed on the merits of the malicious prosecution claim previously asserted against him. *Greene v. Rothschild*, 68 Wn.2d 1, 6, 414 P.2d 1013 (1966), *Brown v. Labor Ready NW, Inc.*, 113 Wn. App. 643, 646–47, 54 P.3d 166, 168 (2002).
3. Plaintiff's claims are barred by prosecutorial immunity – King County
4. The damages or injuries sustained, if any, were caused solely or in part by the fault of a third party or entity not within the control of King County or Redmond, and pursuant to RCW 4.22.070, fault must be apportioned.
5. Prior judicial rulings on probable cause and/or the sufficiency of the evidence bar and/or limit Plaintiff's malicious prosecution and judicial deception claims.
6. King County is not liable for pre-judgment interest. RCW 4.56.115.

## III. ADMITTED FACTS

1. Jeff Baird was a Senior Deputy Prosecuting Attorney at the King County Prosecuting Attorney's Office at the time of the investigation into the murder of Arpana Jinaga and at the time Emanuel Fair was charged and jailed for that murder.

2. Defendant City of Redmond is a municipal corporation that manages the Redmond Police Department. Brian Coats was, at all times relevant, a detective with the Redmond Police Department. Brian Coats participated in the investigation of Ms. Jinaga's murder.

[1] *See generally* Dkt. # 221. Many of these defenses only apply to the remaining state law claims.
[2] Plaintiff does not agree that these are valid or legally cognizable defenses.

3. At all relevant times Jeff Baird and Brian Coats were acting within the scope of their employment with King County and the City of Redmond respectively and were acting under color of law.

4. Ms. Jinaga was murdered in her home at the Valley View Apartments in Redmond, Washington sometime in the morning hours of November 1, 2008, after she hosted a Halloween party with other residents of her apartment complex on the night of October 31, 2008. The King County medical examiner ruled Ms. Jinaga's cause of death to be asphyxiation by strangulation.

5. Jeff Baird was the prosecutor who responded to the crime scene. Mr. Baird, and other members of the prosecutor's office worked with Redmond Police throughout the investigation and prosecution of Ms. Jinaga's murder.

6. Brian Coats was one of the lead detectives in the investigation into Ms. Jinaga's murder.

7. Brian Coats signed the certification for determination of probable cause that was reviewed by the judge who found probable cause existed to charge Emmanuel Fair with Murder and who set bail.

8. Mr. Fair remained in the King County Jail while his case was pending. Mr. Fair's first trial in 2017 ended in a mistrial. Mr. Fair's second trial in 2019 resulted in an acquittal when the jury unanimously found him not guilty.

9. This action arises under Washington state law and the Constitution and laws of the United States, including 42 U.S.C. § 1983. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343, and 1367. Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2). King County and the City of Redmond are located in this District, and the events and omissions giving rise to the claims in this action occurred in this District.

## IV. ISSUES OF LAW

As stated by Plaintiff:

1. Are King County and/or the City of Redmond liable to Plaintiff for his claims under 42 U.S.C. § 1983 and/or for malicious prosecution under state law?

As stated by Defendants:

2. Is King County, operating at the King County Prosecuting Attorney's Office, answerable to Plaintiff under 42 U.S.C. §1983 for failing to train prosecutors to conduct racially unbiased investigations?
3. Is King County liable to Plaintiff under state law malicious prosecution?
4. Is the City of Redmond liable to Plaintiff under 42 U.S.C. § 1983 for failure to train Brian Coats?
5. Is the City of Redmond liable to Plaintiff under state law malicious prosecution?
6. Can the state law claims of malicious prosecution proceed to trial in light of the Court having dismissed the same claim against Coats and Baird with prejudice and on the merits?

## V. EXPERT WITNESSES

The name(s) and addresses of the expert witness(es) identified by each party and the issues about which each will testify are:

**a. On behalf of Plaintiff:**

1. Susan M. Peters (Will Testify)
   P.O. Box 518
   Davenport, WA 99122
   (509) 720-3225
   sue.peters@suepetersconsulting.com

Ms. Peters has worked as a police practices expert/consultant since October of 2011. Before that, she served 29 years in law enforcement. She retired from the King County Sheriff's Office in May of 2011. She was a major crimes detective there from September of 1991 to May of 2011. As

a major crimes detective, she was responsible for the investigations of homicides, suspicious deaths, no-body homicides, cold cases, kidnappings, felony assaults, robberies, officer-involved shootings and officer-involved "in-custody" deaths. Before she was a major crimes detective, Ms. Peters served as a King County police officer, where she was assigned to patrol and responded to 9-1-1 calls, among other things. She also served as a plain-clothes officer involved in undercover assignments, a field-training officer, and a sexual assault detective. She has also worked closely with the King County Sheriff's Office Internal Affairs Department during the parallel investigations of police officers involved in criminal activity and officer- involved shootings. In sum, Ms. Peters Law Enforcement Experience with King County Sheriff's Office is as follows:

- Patrol Officer: 1982-1985
- Plain Clothes Patrol Officer: 1985-1987
- Green River Task Force Detective: 1987-1989 - Special Assault Detective: 1989-1991
- Major Crimes Detective: 1991-2001
- Green River Task Force Detective: 2001-2005 - Major Crimes Detective: 2005-2011

As an experienced officer of 29 years, Ms. Peters has been the affiant and authored over seventy-five search warrants, arrest warrants, and certifications for probable cause. As a major crimes detective, Ms. Peters has investigated numerous shootings, felony assaults, homicides, cold-cases and officer-involved shootings. She has processed crime scenes, photographed crime scenes, participated in evidence collection and submittal of evidence to crime laboratories. Ms. Peters has also arrested numerous homicide suspects and interviewed many offenders and witnesses. Ms. Peters will testify consistent with her report and deposition testimony.

2. Maybell Romero (Will Testify)[3]
   Tulane Law School
   259-B Weinmann Hall
   New Orleans, LA 70118
   (504) 865-5930
   Mromero1@tulane.edu

Ms. Romero graduated from the University of California, Berkeley School of Law in 2006. After graduating, she took the Utah Bar Exam and started working as a deputy county attorney (the equivalent of a deputy district attorney) in Cache County, Utah in July of 2006. Ms. Romero left that position for private practice in June of 2009, where part of her practice was devoted to criminal defense. Ms. Romero served part-time as a deputy county attorney for Rich County, Utah, from 2012 to 2015, while maintaining her private practice. Ms. Romero was a Visiting Assistant Professor of the Law at the J. Reuben Clark School of Law at Brigham Young University in Provo, Utah from 2015-2017. In the fall of 2017, Ms. Romero started a tenure track position as an Assistant Professor of Law at Northern Illinois University College of Law in DeKalb, Illinois. In the fall of 2021, Ms. Romero started as the Felder Fayard Associate Professor of Law and Gordon Gamm Faculty Scholar at Tulane Law School in New Orleans, Louisiana. Ms. Romero earned tenure, which was granted starting in July of 2023, and was appointed the McGlinchey Stafford

[3] King County states as follows: Per the Court's April 7, 2025 Order Re: Expert Witnesses (ECF 208) the testimony from this witness has been excluded and/or significantly limited. See ECF 208 at 21-25; 36. Plaintiff responds: The testimony has not been excluded and any limitations are circumscribed in the Court's order at ECF 208.

Associate Professor of Law. She currently teaches classes in criminal law, criminal procedure, and criminal legal system ethics (a criminal practice specific seminar focusing on professional responsibility). Her scholarship has been featured or is forthcoming in the *Virginia Law Review*, *Georgetown Law Journal*, *Washington University Law Review,* and the *Journal of Criminal Law and Criminology*, among other publications. Ms. Romero will testify consistent with her report and deposition testimony.

3. Martin Horn (May Testify)[4]
   5175 Chase Oaks Dr.
   Sarasota, FL 34241
   (917) 513-7877
   Mfhorn626@yahoo.com

Mr. Horn began his career as a New York State Parole Officer in 1969. Aber six years in that position, he worked an assistant professor of criminal justice at the State University College in Utica, New York from 1975 to 1977. He then served in a variety of roles for the New York State Department of Correctional Services from 1978-1985, including as the Assistant Commissioner for the department and later as the Superintendent of the Hudson Correctional Facility. In 1985, Mr. Horn returned to work for the New York State Division of Parole as the Director of Parole Operations until 1991 and then as Executive Director until 1995. Aber that, Mr. Horn served as Pennsylvania's Secretary of Corrections until 2000. Mr. Horn was appointed by Mayor Michael Bloomberg to serve as Commissioner of the New York City Department of Probation, effec4ve January 1, 2002. A year later Mayor Bloomberg appointed him to simultaneously serve as Commissioner of the New York City Department of Correction, the City's jail system, and held both positions simultaneously until July 31, 2009. As New York City Correction Commissioner, Mr. Horn introduced programs and training that reduced suicides and cut jail violence in half. Mr. Horn also authored and approved policies of the New York City Department of Correction and oversaw a reduction in events resulting in serious injury or death to inmates. Under Mr. Horn's leadership, several conditions of confinement lawsuits that predated his arrival were satisfactorily resolved. Mr. Horn has also served as co-chair of the American Bar Association Corrections Committee and chaired the policy and resolutions committees of both the American Correctional Association and the Association of State Corrections Administrators. Mr. Horn has served as a member of the Board of Governors of the American Correctional Association and a Commissioner of the Commission on Accreditation for Corrections and is a member of the Psychiatric Advisory Board of the New York State Justice Center. Mr. Horn will testify consistent with his report and deposition testimony.

4. Russ Hicks (Will Testify)
   Hicks Consulting-LLC
   P.O. Box 7917
   Bonney Lake, WA 98391
   (253) 255-5769

[4] King County states as follows: Per the Court's April 7, 2025 Order Re: Expert Witnesses (ECF 208) the testimony from this witness has been excluded and/or significantly limited. See ECF 208 at 16-20; 36. Plaintiff responds: The testimony has not been excluded and any limitations are circumscribed in the Court's order at ECF 208.

hicksconsulting@rocketmail.com

Mr. Hicks is a retired law enforcement officer and former police academy supervisor and trainer. Specifically, Mr. Hicks was the Basic Law Enforcement Academy (BLEA) Assistant Commander and a police instructor (TAC Officer) at the Washington State Criminal Justice Training Commission (WSCJTC) in Burien, WA. The Basic Law Enforcement Academy (BLEA) is Washington's mandated training academy for all city and county entry-level peace officers in the state. Through a centralized training model, Washington ensures all officers are equipped with the same base-level understanding of their responsibility to the communities they serve, standards to uphold, and education for effective community-oriented policing. To facilitate this training, WSCJTC hires exceptional training officers from agencies throughout the state and current subject matter experts. Mr. Hicks worked at the WSCJTC from April of 2007 to August of 2021. His assignment was to supervise, lead, and manage instructors, contract instructors, manage curriculum, and coordinate with police agencies throughout Washington State. He was also tasked to oversee the daily operations of BLEA. As an instructor, Mr. Hicks taught and created curriculum for a variety of topics to include Crisis Intervention Training, Crisis Communication, Police Tactics, Patrol Operations, Use of Force, Criminal Law, Criminal Procedures, Criminal Investigations, and Case Analysis. Mr. hicks will testify consistent with his report and deposition testimony.

5. Brian Landers (May Testify)
   Landers CRT, LLC
   P.O. Box 803
   Wisconsin Dells, WI
   53965 (608) 393-3491
   brian@landerscrt.com

Mr. Landers law enforcement career began in 1992 when he was hired as a police officer for the City of Wisconsin Dells Police Department. He completed the law enforcement basic training academy in Madison in 1993. In 2003, he was promoted to Sergeant, and in 2008 he was promoted to Lieutenant. During his career at the police department, he received numerous commendations for exemplary service, bravery, community engagement, and three life-saving awards. I also served as the commander of the drug unit, search warrant execution team, honor guard, and lead agency trainer. Mr. Landers is currently a criminal justice faculty member with Madison College, based in Madison, Wisconsin. He has been employed by Madison College since 2002, starting as a part-time instructor in the law enforcement academy. He was hired in 2010 as a full-time instructor and assigned to a program director position in 2011. As a program director, he assisted with the scheduling, curriculum, instructor management, and student issues in the criminal justice department. He was named director of both the State of Wisconsin 520 hour Basic Law Enforcement Academy, the 720 hour Basic Law Enforcement Academy, and the 160 hour Basic Jail Academy at Madison College from 2011-through 2016. Since 2012, Mr. Landers has also served as an expert witness and consultant to law enforcement agency clients on training initiatives, policy development, and remediation training. It is anticipated that he will testify consistent with the opinions stated in his report and deposition testimony.

6. Dr. Stuart Grassian (May Testify)

401 Beacon Street
Chestnut Hill, MA 02467-3976
(617) 244-3315
stgrassian@gmail.com

Dr. Grassian is a Board-certified psychiatrist actively engaged as a psychiatric clinician continually since 1974, when he began his psychiatric residency at Beth Israel Hospital – Harvard Medical School. During the course of his professional career, Dr. Grassian has had extensive experience in evaluating inmates who were experiencing, or had in the past experienced, stringent conditions of confinement, such as conditions that have traditionally been termed as "solitary confinement." In addition to academic research and trial and appellate courts throughout the nation, Dr. Grassian's observations and conclusions generally regarding the psychiatric effects of solitary confinement have been cited in several United States Supreme Court decisions, including in an opinion of Justice Kennedy in *Davis v. Ayala*, 576 U.S. 257 (2015); the dissenting opinion of Justice Breyer in *Glossip v. Gross*, 576 U.S. 863(2015); and a statement of Justice Sotomayor in *Apodaca v. Raemisch*, 139 S. Ct. 5 (2018). Dr. Grassian has been employed as an expert in class-action investigations and lawsuits regarding issues related to solitary confinement in Massachusetts (2), New Jersey, New York (4), California (2), Kentucky, Maryland, Michigan, Ohio (2), Oregon, Pennsylvania, Texas (2), Wisconsin and Florida, as well as in Canada (several). It is anticipated that Dr. Grassian will testify consistent with the opinions stated in his report and deposition testimony.

7. Dr. Anthony G. Greenwald (May Testify)
1140 South Street Portsmouth, NH 03801
(206) 543-7227
agg@uw.edu

Dr. Greenwald is a Professor Emeritus of Psychology at University of Washington. His areas of specialization are social psychology, cognitive psychology, quantitative methods, and research methodology. He has more than 200 peer-reviewed journal articles and book chapters in these areas. Dr. Greenwald's specialization bearing on this case is in social psychological research on implicit social cognition, which includes the study of attitudes, prejudices, and stereotypes. Together with numerous collaborators and students, he has made numerous, substantial, and highly cited original research contributions concerning these topics during the last 30 years. The identification of implicit social cognition as a distinct research area was launched in a 1995 publication that I authored, which has received over 10,000 citations as of December 2023. In short, the field of "implicit bias" research was pioneered by Dr. Greenwald. It is anticipated that Dr. Greenwald will testify consistent with the opinions stated in his report and deposition testimony.

8. Dr. Joel Dvoskin (May Testify)
5825 N. Mina Vista
Tucson AZ 85718-4125
joelthed@aol.com
520-906-0366

Dr. Dvoskin earned a Ph.D. in Clinical Psychology in 1981 from the University of Arizona. He is currently an Assistant Clinical Professor at the University of Arizona College of Medicine in the Department of Psychiatry. He has previously served on the faculties of the Louisiana State University Medical Center, the New York University Medical School, and the University of Arizona College of Law. He has twice been named as the Distinguished Visiting Professor at the University of California-Davis College of Medicine. In 1984 Dr. Dvoskin founded the Kirby Forensic Psychiatric Center (Kirby) in New York City, a maximum- security psychiatric hospital in New York City, and served as its Acting Executive Director (CEO). As a forensic psychiatric hospital, Kirby provided treatment for patients who had been found incompetent to stand trial or not guilty by reason of insanity. For more than a decade, he also served as Director of Forensic Services and Associate Commissioner for the New York State Office of Mental Health, where he was responsible for all forensic and prison mental health services throughout the State of New York, including direct supervision of three state forensic psychiatric hospitals. His office developed the nation's first statewide suicide prevention program for local jails and a statewide program to train police officers in how to deal with people with serious mental illnesses or in emotional crisis. In 1995, Dr. Dvoskin became Acting Commissioner of Mental Health for the State of New York. In that role, he directly supervised 31 civil, forensic, and children's psychiatric hospitals; the licensing of all outpatient mental health programs and agencies in the State of New York; and the provision of all mental health services provided to the NY State Department of Correctional Services. Most recently, Dr. Dvoskin served as a court-appointed Monitor over the Montana State Prison. It is anticipated that Dr. Dvoskin will testify consistent with the opinions stated in his report and deposition testimony.

**b. On behalf of King County:**

1. Dr. Suzanne Best (Will Testify)
   804 Officers Row
   Vancouver, WA 98661
   suzanne@suzannebestphd.com
   503-430-4071

Dr. Best is a Clinical Psychologist licensed in Oregon and Washington specializing in trauma and PTSD who graduated from California School of Professional Psychology, Alliant University in San Francisco and completed her postdoctoral training at San Francisco VA Medical Center PTSD Research Program. She spent over a decade developing and directing research with combat veterans, first responders, and civilian trauma survivors. Dr. Best has over 25 years of experience providing forensic services, psychotherapy, and instruction with extensive expertise in Posttraumatic Stress Disorder (PTSD) and other trauma-related conditions. She performed a records review regarding plaintiff Emanuel Fair and conducted an independent medical exam, psychological testing, and/or assessment of plaintiff Emanuel Fair. It is anticipated that Dr. Best will testify consistent with the opinions stated in her report and deposition testimony.

2. Merrill Cohen, MC, CRC, CLCP (Will Testify)
   Strategic Consulting Services, Inc.
   15 South Grady Way, Suite 115
   Renton, WA 98057

425-917-2001

Ms. Cohen is a Registered Vocational Rehabilitation Counselor, Certified Life Care Planner, and a Certified Rehabilitation Counselor. She provides vocational rehabilitation assessments, earning capacity analysis, and rehabilitation planning in various insurance systems and jurisdictions, including Washington State L&I, long term disability, employment discrimination, marriage dissolution and personal injury cases. It is anticipated that Ms. Cohen will testify regarding the general labor market in the Puget Sound area, Mr. Fair's job skills, transferable skills, and ability to work in general, her assessment of Plaintiff's claims of past and future vocational rehabilitation needs and future economic damages, and of her opinions formed as outlined in her report.

3. Dr. Marko Yakovlevitch (Will Testify)[5]
   Physician Direct Services
   406 Yauger Way SW, Suite A
   Olympia, WA 98502
   360-867-4188

Dr. Yakovlevitch is a Board Certified Cardiologist who specializes in cardiovascular disease management and prevention. He is a graduate of the Yale University School of Medicine and is a Clinical Assistant Professor at the University of Washington School of Medicine and a member of the King County Medical Society. Dr. Yakovlevitch has 21 years of experience in Medical Quality Assessment and Improvement, and 11 years of experience in Medicolegal Consultation. Dr. Yakovlevitch has been selected as Seattle Top Doc (peer nominated, published by Seattle Magazine) in Cardiovascular Disease in 2010, 2011, 2012, 2016, 2018, and 2019 and as Seattle Top Doc (peer nominated, published by Seattle Magazine) in Cardiology in 2011, 2012, 2013, 2014, and 2015. It is anticipated that Dr. Yakovlevitch will testify consistent with the opinions stated in his report and deposition testimony.

**b. On behalf of the City of Redmond and in addition to those witnesses King County has listed:**

1. Frank Vanecek (Will Testify)[6]
   Full Spectrum Investigations and Consulting
   316 SE Pioneer Way, #178
   Oak Harbor, WA 98277
   805-801-4094

Frank Vanecek is police practices and investigation expert. Mr. Vanecek will testify pursuant to his expressed in the written report dated June 24, 2024, and rebuttal report dated July

---

[5] Plaintiff states as follows: Per the Court's April 7, 2025 Order Re: Expert Witnesses (ECF 208) the testimony from this witness has been excluded and/or significantly limited. *See* ECF 208 at 25-26; 36.

[6] Plaintiff states as follows: Per the Court's April 7, 2025 Order Re: Expert Witnesses (ECF 208) the testimony from this witness has been excluded and/or significantly limited. *See* ECF 208 at 29-35; 37. Redmond responds as follows: The Court's Order clearly identifies the subject areas that are proper for his expert testimony. *See* pp. 31-32.

24, 2024. Mr. Vanecek may offer testimony and opinions within his knowledge, skills, training, and expertise, as put at issue by Plaintiff's allegations and/or experts. He may also offer testimony and opinions concerning his review and analysis of policy and procedures, training, criminal trial exhibits and records, criminal trial testimony, depositions, DNA samples, tests, results, findings and conclusions, investigation reports, photographs, recordings, witness interviews and statements, Plaintiff's deposition, Plaintiff's expert reports and opinions, education, training, and experience. He may also testify in rebuttal to Plaintiff's witnesses and experts.

2. Theodore Kessis, Ph.D. (May testify)[7]
Applied DNA Resources
3138 Leeds Road
Columbus, OH 43221
614-406-8136

Dr. Theodore Kessis is a DNA expert. Dr. Kessis may testify pursuant to his opinions expressed in the written report dated June 21, 2024. Dr. Kessis may offer testimony and opinions within his knowledge, skills, training, and expertise, as put at issue by Plaintiff's allegations and/or experts. He may also offer testimony and opinions concerning his review and analysis of criminal trial exhibits and records, criminal trial testimony, depositions, DNA samples, tests, results, findings and conclusions, investigation reports, photographs, recordings, witness interviews and statements, Plaintiff's deposition, Plaintiff's expert reports and opinions, education, training, and experience. He may also testify in rebuttal to Plaintiff's witnesses and experts.

3. William Partin (May Testify)
Mueller & Partin, Inc.
816 Evergreen Point Rd.
Medina, WA 98039
425-455-0303

William Partin is a Forensic Accountant and Economist. Mr. Partin and his company Mueller & Partin have been jointly retained by City Defendants. Mr. Partin will testify pursuant to his opinions expressed in the written report dated June 24, 2024. He may also offer testimony and opinions within their knowledge, skills, training, and expertise, as put at issue by Plaintiff's allegations and/or experts. He may also offer testimony and opinions concerning his review and analysis of employment, education and training, tax, Washington State Department of Labor and Industries, and Dr. Best's report, Plaintiff's depositions, Plaintiff's expert reports and opinions, education, training, and experience. He may also testify in rebuttal to Plaintiff's witnesses and experts.

[7] Plaintiff states as follows: Per the Court's April 7, 2025 Order Re: Expert Witnesses (ECF 208) the testimony from this witness has been significantly limited. *See* ECF 208 at 26-29; 36-37. Redmond responds as follows: The Court's order (ECF 208) expressly permits testimony by this witness. Since Fair does not challenge the accuracy of the DNA testing by the various laboratories or the DNA results, Dr. Kessis will not be asked about this topic.

## VI. OTHER WITNESSES

The names and addresses of witnesses, other than experts, identified by each and the general nature of the testimony of each are:

**a. On behalf of Plaintiff:**

1. Plaintiff Emanuel Fair (Will Testify)
   c/o Galanda Broadman, PLLC
   P.O. Box 15146
   Seattle, WA 98115

Plaintiff has knowledge of the injuries suffered by Plaintiff and the overall facts and circumstances of this case.

2. Benjamin Hammond Haggerty (Will Testify)
   (206) 851-4899

Mr. Haggerty has knowledge of Mr. Fair's damages and surrounding facts and circumstances relevant to Plaintiff's Claims and Defendants' Defenses.

3. Isaac Porter (May Testify)
   (206) 850-7921

Mr. Porter has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

4. Sarah Porter (May Testify)
   (206) 638-7506

Ms. Porter has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

5. Ben Goldsmith (Will Testify)
   Dexter Horton Building 7th floor
   710 2nd Ave
   Seattle, WA 98104

Mr. Goldsmith was Mr. Fair's criminal defense attorney and has knowledge of Mr. Fair's damages and the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses including, but not limited, to the process, facts and circumstances related to the underlying criminal proceedings and information gained as a result thereof.

6. Defendant Jeffrey Baird (May Testify Live or by Deposition)
   c/o King County Prosecuting Attorney
   701 5th Ave. Suite 600

Seattle, WA 98104

Mr. Baird was a Senior Deputy Prosecuting Attorney and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

7. Defendant Brian Coats (May Testify Live or by Deposition)
8701 160th Ave. NE
Redmond, WA 98052

Mr. Coats is the Deputy Chief of Police at the Redmond Police Department and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

8. Dr. John Mignone (May Testify)
Swedish Hospital – Cherry Hill Campus
747 Broadway
Seattle, WA 98122

Dr. Mignone is a treating provider of Plaintiff and has knowledge of the facts and circumstances related to Plaintiff's damages.

9. Caleb Nixon, PsyD (May Testify)
Swedish Behavioral Health - Cherry Hill Campus
550 16th Ave Ste 100
Seattle, WA 98122

Dr. Nixon is a treating provider of Plaintiff and has knowledge of the facts and circumstances related to Plaintiff's damages.

10. Greg Mains (May Testify)
c/o Redmond Police Department
8701 160th Ave. NE
Redmond, WA 98052

Mr. Mains is a former Redmond Police Department officer and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

11. Doug Shepard (May Testify)
c/o Redmond Police Department
8701 160th Ave. NE
Redmond, WA 98052

Mr. Shepard is a Redmond Police Department officer and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

12. Greg Patrick (May Testify)
c/o Redmond Police Department
8701 160th Ave. NE
Redmond, WA 98052

Mr. Patrick is a Redmond Police Department officer and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

13. Ron Harding (May Testify)
c/o Redmond Police Department
8701 160th Ave. NE
Redmond, WA 98052

Mr. Harding is a Redmond Police Department officer and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

14. Lon Shultz (May Testify)
c/o Redmond Police Department
8701 160th Ave. NE
Redmond, WA 98052

Mr. Shultz is a Redmond Police Department officer and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

15. Mark Larson (May Testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Mr. Larson is a former King County Deputy Prosecutor and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

16. Dan Satterberg (May Testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Mr. Satterberg is the former elected King County Prosecuting Attorney and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

**b. On behalf of Defendant King County:**

1. Jeff Baird (will testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Mr. Baird was a Senior Deputy Prosecuting Attorney and former Chair of the King County Prosecuting Attorney's Office's Most Dangerous Offender Project who was assigned to the murder of Arpana Jinaga and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

2. Erin Ehlert (will testify)
   c/o King County Prosecuting Attorney
   701 5th Avenue, Suite 600
   Seattle, WA 98104

Ms. Ehlert was a Senior Deputy Prosecuting Attorney who was assigned to the prosecution of Emmanuel Fair and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

3. Hon. Brian McDonald (will testify)
   c/o King County Prosecuting Attorney
   701 5th Ave. Suite 600
   Seattle, WA 98104

Judge McDonald was a Senior Deputy Prosecuting Attorney who was assigned to the prosecution of Emmanuel Fair and has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

4. Mark Larson (will testify)
   c/o King County Prosecuting Attorney
   701 5th Ave. Suite 600
   Seattle, WA 98104

Mr. Larson was the former Chief of the Criminal Division. He has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

4. Daniel Satterberg (will testify)
   c/o King County Prosecuting Attorney
   701 5th Ave. Suite 600
   Seattle, WA 98104

Mr. Satterberg was the former Elected Prosecutor for King County. He has knowledge of the facts and circumstances surrounding Plaintiff's Claims and Defendants' Defenses.

5. Gregg Curtis (will testify)
   c/o King County Prosecuting Attorney
   701 5th Ave. Suite 600
   Seattle, WA 98104

Mr. Curtis is a former Corrections Program Administrator at DAJD. He is expected to testify as to his knowledge of DAJD's policies and procedures regarding classification, and of

his knowledge of the facts and circumstances surrounding the allegations made in plaintiff's third amended complaint and of plaintiff's alleged injuries and damages.

6. Mike West (may testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Mr. West is a former Project/Program Analyst IV with the King County DAJD. He may testify as to his knowledge of the policies and procedures at the DAJD as well as the authentication of DAJD records and of his knowledge of the facts and circumstances surrounding the allegations made in plaintiff's third amended complaint and of plaintiff's alleged injuries and damages.

7. David Baker (may testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Mr. Baker is the Director of Data and Analytics at the KCPAO. He may testify as to knowledge of data requests made by plaintiff, and of his knowledge of the facts and circumstances surrounding the allegations made in plaintiff's third amended complaint and of plaintiff's alleged injuries and damages.

8. Andrea Williams (will testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Ms. Williams is a Project/Program Manager IV with the King County DAJD. She may testify as to her knowledge of the policies and procedures at the DAJD as well as the authentication of DAJD records, and of her knowledge of the facts and circumstances surrounding the allegations made in plaintiff's third amended complaint and of plaintiff's alleged injuries and damages.

9. Dr. Benjamin Sanders (will testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Dr. Sanders is the former Medical Director of JHS. He may testify regarding his knowledge of JHS's policies and procedures, and of his knowledge of the facts and circumstances surrounding the allegations made in plaintiff's third amended complaint and of plaintiff's alleged injuries and damages.

10. Todd Clark (may testify)

c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Commander Clark is a retired Commander with DAJD of the King County Correctional Facility (KCCF) and Maleng Regional Justice Center. He may testify as to his knowledge of the policies and procedures at the KCCF, and of his knowledge of the facts and circumstances surrounding the allegations made in plaintiff's third amended complaint and of plaintiff's alleged injuries and damages.

11. William Hayes (may testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Director Hayes is a retired Director of the King County DAJD. He may testify as to his knowledge of the policies and procedures at DAJD, and of his knowledge of the facts and circumstances surrounding the allegations made in plaintiff's third amended complaint and of plaintiff's alleged injuries and damages.

12. Brianne Huseby (will testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Ms. Huseby was an employee of the Washington State Patrol Crime Lab and will testify regarding her knowledge of the forensic evidence in the criminal trial that is relevant to plaintiff's claims or legal defenses to those claims.

13. Denise Anderson (may testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Ms. Anderson was an employee with Sorenson Forensics who may testify regarding her knowledge of the forensic evidence in the criminal case that is relevant to plaintiff's claims or legal defenses to those claims.

14. Margaret Barber (will testify)
c/o King County Prosecuting Attorney
701 5th Ave. Suite 600
Seattle, WA 98104

Ms. Barber is an employee of the Washington State Patrol Crime Laboratory who will testify regarding her knowledge of the forensic evidence in the criminal case that is relevant to plaintiff's claims or legal defenses to those claims.

**c. On Behalf of Defendant City of Redmond—in addition to those identified for King County:**

1. Brian Coats, Redmond Police Department. (Will testify live)

Brian Coats is deputy chief of the Redmond Police Department. At all times relevant he was a detective assigned as investigator or lead investigator in the murder of Arpana Jinaga. He has knowledge regarding the facts and circumstances giving rise to Plaintiff's complaint.

2. Ron Harding, former Redmond Police Department detective (may testify)

Ron Harding is a former detective with the Redmond Police Department. He has knowledge regarding the facts and circumstances giving rise to Plaintiff's complaint.

3. Doug Shepard, former Redmond Police Department detective (may testify)

Doug Shepard is a retired supervisor of detectives with the Redmond Police Department. He has knowledge regarding the facts and circumstances giving rise to Plaintiff's complaint.

4. Gregory Patrick, former Redmond Police Department detective (may testify)

Gregory Patrick is a retired detective with the Redmond Police Department. He has knowledge regarding the facts and circumstances giving rise to Plaintiff's complaint.

5. Greg Mains, former Redmond Police Department detective (may testify)

Greg Mains is a retired detective with the Redmond Police Department. He has knowledge regarding the facts and circumstances giving rise to Plaintiff's complaint.

6. David Sowers, former Redmond Police Department officer (may testify)

David Sowers is a retired detective with the Redmond Police Department. He has knowledge regarding the facts and circumstances giving rise to Plaintiff's complaint.

## VII. EXHIBITS

Plaintiff identifies the potential exhibits below. Not all of these exhibits will be offered. Many may not be. At this time, it is not possible to know which exhibits will be offered and which will not. By identifying these potential exhibits, the parties do not necessarily concede, stipulate or agree that they are admissible if offered by another party. All objections are therefore reserved

at this time. These potential exhibits are identified with a number, which becomes the number for the exhibit at the trial and appears on the exhibit tag with the following information in table format:

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 1 | 2010.10.29 Certification for Determination of Probable Cause | Stipulated | Stipulated | | |
| 2 | 2019.06.11 Verdict Form | Disputed (not certified) | Disputed | 401-403; MIL | |
| 3 | 2019.06.11 Judgment of Acquittal and Order for Immediate Release | Disputed (not certified) | Disputed | 401-403; MIL | |
| 4 | RPD Jinaga Case Narrative REDMOND 4068-4460 | Stipulated | Disputed | 401-403; 801-807 | |
| 5 | RPD Jinaga Case Narrative RPD 000992-1358 | Stipulated | Disputed | 401-403; 801-807 | |
| 6 | RPD Master Call Table – Crime Scene Response | Stipulated | Disputed | 403-403; 801-807 | |
| 7 | RPD Shultz October 2008 Report | Stipulated | Disputed | 401-403; 801-807 | |
| 8 | RPD Shepard Narrative 09-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 9 | RPD Sowers Narrative 09-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 10 | RPD Mains Narrative 09-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 11 | RPD Coats Narrative 10-27-2010 | Stipulated | Disputed | 401-403; 801-807 R | |
| 12 | RPD Supplemental Narrative 10-27-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 13 | RPD Coats Narrative 02-09-2011 | Stipulated | Disputed | 401-403; 801-807 | |
| 14 | RPD Coats Supplemental Narrative 02-12-2016 | Stipulated | Disputed | 401-403; 801-807 | |
| 15 | Fair Video Interview REDMOND 013336 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 16 | Fair Video Interview REDMOND 013339 | Stipulated | Disputed | 801-807 | |
| 17 | Fair Interview Transcript 11-21-2008 | Stipulated | Disputed | 801-807 | |
| 18 | Fair Interview Transcript 08-19-2009 | Stipulated | Disputed | 801-807 | |
| 19 | Fair Interview Transcript 09-24-2009 | Stipulated | Disputed | 801-807 | |
| 20 | Fair Interview 1 Audio REDMOND 013290 | Stipulated | Disputed | 801-807 | |
| 21 | Fair Interview 1a Audio REDMOND 013291 | Stipulated | Disputed | 801-807 | |
| 22 | Fair Interview 2 Audio REDMOND 013292 | Stipulated | Disputed | 801-807 | |
| 23 | Fair Interview 2a Audio REDMOND 013293 | Stipulated | Disputed | 801-807 | |
| 24 | Fair Interview 3 Audio REDMOND 013294 | Stipulated | Disputed | 801-807 | |
| 25 | Fair Interview 3a(A) Audio REDMOND 013295 | Stipulated | Disputed | 801-807 | |
| 26 | Fair Interview 3a(B) Audio REDMOND 013296 | Stipulated | Disputed | 801-807 | |
| 27 | Fair Interview 3a Audio REDMOND 013297 | Stipulated | Disputed | 801-807 | |
| 28 | Fair Interview 4 Audio REDMOND 013298 | Stipulated | Disputed | 801-807 | |
| 29 | Fair Interview 4a Audio REDMOND 013299 | Stipulated | Disputed | 801-807 | |
| 30 | Johnson Interview Transcript 11-03-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 31 | Johnson Written Statement 11-03-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 32 | Johnson Interview Transcript Part 1 11-05-2008 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 33 | Johnson Interview Transcript Part 2 11-05-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 34 | Johnson Interview Transcript 08-18-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 35 | Johnson 1 Interview Audio REDMOND 013312 | Stipulated | Disputed | 401-403; 801-807 | |
| 36 | Johnson 2 Interview Audio REDMOND 013313 | Stipulated | Disputed | 401-403; 801-807 | |
| 37 | Johnson 2a Interview Audio REDMOND 013314 | Stipulated | Disputed | 401-403; 801-807 | |
| 38 | Johnson 3 Interview Audio REDMOND 013315 | Stipulated | Disputed | 401-403; 801-807 | |
| 39 | Carneiro Interview Transcript 11-13-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 40 | Duffey Interview Transcript 11-20-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 41 | Fallon Interview Transcript 03-16-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 42 | Fernie Interview Transcript 11-17-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 43 | Gasperetti, Christina Interview Transcript 01-28-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 44 | Gasperetti, Christina 01-28-2009 Interview Audio REDMOND 013303 | Stipulated | Disputed | 401-403; 801-807 | |
| 45 | Gasperetti, John Interview Transcript 02-04-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 46 | Gasperetti, John Interview Transcript 09-16-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 47 | Gasperetti, John 02-04-2009 Interview Audio REDMOND 013311 | Stipulated | Disputed | 401-403; 801-807 | |
| 48 | Gasperetti, John 09-16-2009 Part 1 Interview | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Audio REDMOND 013302 | | | | |
| 49 | Gasperetti, John 09-16-2009 Part 2 Interview Audio REDMOND 013301 | Stipulated | Disputed | 401-403; 801-807 | |
| 50 | Gurtler Interview Transcript 09-11-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 51 | Gurtler 09-11-2009 Interview Audio REDMOND 013304 | Stipulated | Disputed | 401-403; 801-807 | |
| 52 | Heavin Interview Transcript 11-12-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 53 | Heavin Interview Transcript 11-17-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 54 | Heavin Interview Transcript 03-23-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 55 | Heavin Interview Transcript 04-23-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 56 | Hughes Interview Transcript 03-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 57 | Kosiewicz Interview Transcript 11-10-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 58 | Kosiewicz 11-10-2008 Part 1 Interview Audio REDMOND 013317 | Stipulated | Disputed | 401-403; 801-807 | |
| 59 | Kosiewicz 11-10-2008 Part 2 Interview Audio REDMOND 013318 | Stipulated | Disputed | 401-403; 801-807 | |
| 60 | Lewis Interview Transcript 09-24-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 61 | Lewis 09-24-2009 Part 1 Interview Audio REDMOND 013319 | Stipulated | Disputed | 401-403; 801-807 | |
| 62 | Lewis 09-24-2009 Part 2 Interview Audio REDMOND 013320 | Stipulated | Disputed | 401-403; 801-807 | |
| 63 | Lovett Interview Transcript 11-26-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 64 | Lovett 11-26-2008 Interview Audio REDMOND 013316 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 65 | Marshall Written Statement 11-03-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 66 | Marshall Interview Transcript 02-17-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 67 | Miller Interview Transcript 03-16-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 68 | Perras Interview Transcript 05-26-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 69 | Perras 05-26-2009 Interview Audio REDMOND 013325 | Stipulated | Disputed | 401-403; 801-807 | |
| 70 | Potts Interview Notes Early November 2008 KC-EF-0000898 | Stipulated | Disputed | 401-403; 801-807 | |
| 71 | Potts Interview Notes 11-13-2008 and 11-17-2008 KC-EF-0000934 | Stipulated | Disputed | 401-403; 801-807 | |
| 72 | Handwritten Coats Notes re-Potts 11-17-2008 Interview KC-EF-0000929 | Stipulated | Disputed | 401-403; 801-807 | |
| 73 | Potts Interview Transcript 08-20-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 74 | Potts 08-20-2009 Interview Audio REDMOND 010304 | Stipulated | Disputed | 401-403; 801-807 | |
| 75 | Rose Interview Transcript 11-05-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 76 | Rose 11-05-2008 Interview Audio REDMOND 013328 | Stipulated | Disputed | 401-403; 801-807 | |
| 77 | RPD Whiteboard Drawing of Valley View Apartments RPD 009849 | Disputed | Disputed | 401-403; 801-807; F | |
| 78 | RPD Notes Investigating Johnson Statements RPD 010665 | Stipulated | Disputed | 401-403; 801-807 | |
| 79 | RPD Investigation Timeline Log KC-EF-0000197 | Disputed Multiple exhibits | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 80 | RPD Investigation Timeline Printout RPD 005224 | Disputed Multiple exhibits | Disputed | 401-403; 801-807 | |
| 81 | RPD 10-31-2008 to 11-01-2008 Timeline RPD 005836 | Disputed Multiple exhibits | Disputed | 401-403; 801-807 | |
| 82 | MDOP Callout to Jinaga Crime Scene KC-EF-0236856-U | Stipulated | Disputed | 401-403; 801-807 | |
| 83 | Coats Performance Evaluation 06-11-2011 | Stipulated | Disputed | 401-403 | |
| 84 | RPD Letter of Recognition for Jinaga Investigation | Stipulated | Disputed | 401-403 | |
| 85 | Coats Notes REDMOND 013351 | Stipulated | Disputed | 401-403; 801-807 MIL | |
| 86 | Coats Trial Notes | Stipulated | Disputed | 401-403; 801-807 MIL | |
| 87 | Evidence List of Swabs Taken from Jinaga's Body KC-EF-0040085 | Stipulated | Disputed | 401-403; 801-807 | |
| 88 | Johnson Fingerprints 02-24-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 89 | WSPCL 01-31-2009 | Stipulated | Disputed | 401-403; 801-807; F | |
| 90 | Fingerprint Report 02-07-2009 | Stipulated | Disputed | 401-403; 801-807; F | |
| 91 | Fingerprint Report 02-26-2009 | Stipulated | Disputed | 401-403; 801-807; F | |
| 92 | WSPCL Report 02-26-2009 | Stipulated | Disputed | 401-403; 801-807; F | |
| 93 | 03-06-2009 Fingerprint Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 94 | 03-26-2009 and 04-21-2009 Fingerprint Reports | Stipulated | Disputed | 401-403; 801-807; F | |
| 95 | 04-03-2009 WSPCL Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 96 | 04-21-2009 WSPCL Report | Stipulated | Disputed | 401-403; 801-807; F | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 97 | 04-23-2009 BP & Southwest Oil Analysis | Stipulated | Disputed | 401-403; 801-807; F | |
| 98 | 05-05-2009 BP Letter | Stipulated | Disputed | 401-403; 801-807; F | |
| 99 | 05-22-2009 WSPCL Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 100 | 06-28-2009 Bode Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 101 | 08-18-2009 WSPCL Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 102 | 01-15-2010 WSPCL Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 103 | 06-29-2010 WSPCL Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 104 | 07-12-2010 Sorenson Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 105 | 07-22-2010 Sorenson Report | Stipulated | Stipulated | | |
| 106 | 10-27-2010 Gateway Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 107 | 11-29-2010 Fingerprint Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 108 | 08-08-2013 Fingerprint Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 109 | 09-15-2015 Sorenson Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 110 | 12-17-2015 Cybergenetics Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 111 | 12-30-2015 Cybergenetics Report | Stipulated | Disputed | 401-403; 801-807; F | |
| 112 | Autopsy Report | Stipulated | Stipulated | | |
| 113 | Death Investigation Toxicology Report | Stipulated | Stipulated | | |
| 114 | Jinaga Computer Forensic Report 01-24-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 115 | Jinaga Computer Forensic Report 02-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 116 | KCPAO Computer Forensic Report 03-18-2009 | Stipulated | Disputed | 401-403; 801-807; R | |
| 117 | KCPAO Computer Forensic Report 01-12-2010 | Stipulated | Disputed | 401-403; 801-807; R | |
| 118 | Johnson Pornography List FAIR4130 | Disputed | Disputed | 401-403; 801-807; F | |
| 119 | Johnson DOL Report & Dating Profile Info RPD 005909 | Disputed (not certified); Multiple Exhibits | Disputed | 401-403; 801-807; F | |
| 120 | Johnson Journal Entry | Disputed | Disputed | 401-403; 801-807 | |
| 121 | Johnson Notebook | Disputed | Disputed | 401-403; 801-807 | |
| 122 | Johnson Interview Transcript 05-11-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 123 | Johnson Use Immunity Agreement | Stipulated | Disputed | 410-403; 408; 801-807; MIL | |
| 124 | Pawn Shop Google Printout from Johnson Car Search | Disputed | Disputed | 401-403; 801-807; F | |
| 125 | Johnson Search Warrants RED0268SW8 | Stipulated | Disputed | 401-403; 801-807 | |
| 126 | Johnson Phone Records & Search Warrant | Stipulated | Disputed | 401-403; 801-807; R | |
| 127 | Johnson 11-04-2008-11-05-2008 Call & Activity Log | Stipulated | Disputed | 401-403; 801-807 | |
| 128 | Recovered "Hotlist" from Johnson Phone KC-EF-0001633 | Disputed | Disputed | 401-403; 801-807 | |
| 129 | Jinaga Phone Records | Stipulated | Disputed | 401-403; 801-807 | |
| 130 | Fair Phone Records First Set | Stipulated | Disputed (selected pages only) | 401-403; V | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 131 | Fair Phone Records Second Set | Stipulated | Disputed | 401-403; 801-807 | |
| 132 | Fair Property Search Warrant RED071SW9 | Stipulated | Disputed | 401-403; 801-807 | |
| 133 | Photos of Porter Residence Search | Stipulated | Disputed | 401-403; V | |
| 134 | Johnson Search Photo KC-EF-0045589 | Stipulated | Disputed | 401-403 | |
| 135 | Johnson Search Photo KC-EF-0045590 | Stipulated | Disputed | 401-403 | |
| 136 | Johnson Search Photo KC-EF-0045591 | Stipulated | Disputed | 401-403 | |
| 137 | Johnson Search Photo KC-EF-0045593 | Stipulated | Disputed | 401-403 | |
| 138 | Johnson Search Photo KC-EF-0045596 | Stipulated | Disputed | 401-403 | |
| 139 | Johnson Search Photo KC-EF-0045599 | Stipulated | Disputed | 401-403 | |
| 140 | Johnson Search Photo KC-EF-0045600 | Stipulated | Disputed | 401-403 | |
| 141 | Johnson Search Photo KC-EF-0045601 | Stipulated | Disputed | 401-403 | |
| 142 | Johnson Search Photo KC-EF-0045604 | Stipulated | Disputed | 401-403 | |
| 143 | Johnson Search Photo KC-EF-0045605 | Stipulated | Disputed | 401-403 | |
| 144 | Johnson Search Photo KC-EF-0045607 | Stipulated | Disputed | 401-403 | |
| 145 | Johnson Search Photo KC-EF-0045608 | Stipulated | Disputed | 401-403 | |
| 146 | Johnson Search Photo KC-EF-0045609 | Stipulated | Disputed | 401-403 | |
| 147 | Johnson Search Photo KC-EF-0045610 | Stipulated | Disputed | 401-403 | |
| 148 | Johnson Search Photo KC-EF-0045611 | Stipulated | Disputed | 401-403 | |
| 149 | Johnson Search Photo KC-EF-0045612 | Stipulated | Disputed | 401-403 | |
| 150 | Johnson Search Photo KC-EF-0045613 | Stipulated | Disputed | 401-403 | |
| 151 | Johnson Search Photo KC-EF-0045615 | Stipulated | Disputed | 401-403 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 152 | Johnson Search Photo KC-EF-0045619 | Stipulated | Disputed | 401-403 | |
| 153 | Johnson Search Photo KC-EF-0045620 | Stipulated | Disputed | 401-403 | |
| 154 | Johnson Search Photo KC-EF-0045622 | Stipulated | Disputed | 401-403 | |
| 155 | Johnson Search Photo KC-EF-0045623 | Stipulated | Disputed | 401-403 | |
| 156 | Johnson Search Photo KC-EF-0045629 | Stipulated | Disputed | 401-403 | |
| 157 | Johnson Search Photo KC-EF-0045630 | Stipulated | Disputed | 401-403 | |
| 158 | Johnson Search Photo KC-EF-0045631 | Stipulated | Disputed | 401-403 | |
| 159 | Dumpster Search Photo KC-EF-0046825 | Stipulated | Disputed | 401-403 | |
| 160 | Dumpster Search Photo KC-EF-0046826 | Stipulated | Disputed | 401-403 | |
| 161 | Dumpster Search Photo KC-EF-0046827 | Stipulated | Disputed | 401-403 | |
| 162 | Dumpster Search Photo KC-EF-0046828 | Stipulated | Disputed | 401-403 | |
| 163 | Dumpster Search Photo KC-EF-0046829 | Stipulated | Disputed | 401-403 | |
| 164 | Dumpster Search Photo KC-EF-0046830 | Stipulated | Disputed | 401-403 | |
| 165 | Dumpster Search Photo KC-EF-0046831 | Stipulated | Disputed | 401-403 | |
| 166 | Dumpster Search Photo KC-EF-0046832 | Stipulated | Disputed | 401-403 | |
| 167 | Dumpster Search Photo KC-EF-0046833 | Stipulated | Disputed | 401-403 | |
| 168 | Dumpster Search Photo KC-EF-0046834 | Stipulated | Disputed | 401-403 | |
| 169 | Dumpster Search Photo KC-EF-0046835 | Stipulated | Disputed | 401-403 | |
| 170 | Dumpster Search Photo KC-EF-0046836 | Stipulated | Disputed | 401-403 | |
| 171 | Dumpster Search Photo KC-EF-0046837 | Stipulated | Disputed | 401-403 | |
| 172 | Dumpster Search Photo KC-EF-0046838 | Stipulated | Disputed | 401-403 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 173 | Dumpster Search Photo KC-EF-0046839 | Stipulated | Disputed | 401-403 | |
| 174 | Dumpster Search Photo KC-EF-0046969 | Stipulated | Disputed | 401-403 | |
| 175 | Dumpster Search Photo KC-EF-0046970 | Stipulated | Disputed | 401-403 | |
| 176 | Dumpster Search Photo KC-EF-0046971 | Stipulated | Disputed | 401-403 | |
| 177 | Dumpster Search Photo KC-EF-0046972 | Stipulated | Disputed | 401-403 | |
| 178 | Dumpster Search Photo KC-EF-0046973 | Stipulated | Disputed | 401-403 | |
| 179 | Dumpster Search Photo KC-EF-0046974 | Stipulated | Disputed | 401-403 | |
| 180 | Dumpster Search Photo KC-EF-0046975 | Stipulated | Disputed | 401-403 | |
| 181 | Dumpster Search Photo KC-EF-0046976 | Stipulated | Disputed | 401-403 | |
| 182 | Dumpster Search Photo KC-EF-0046977 | Stipulated | Disputed | 401-403 | |
| 183 | Dumpster Search Photo KC-EF-0046978 | Stipulated | Disputed | 401-403 | |
| 184 | Dumpster Search Photo KC-EF-0046979 | Stipulated | Disputed | 401-403 | |
| 185 | Dumpster Search Photo KC-EF-0046980 | Stipulated | Disputed | 401-403 | |
| 186 | Dumpster Search Photo KC-EF-0046981 | Stipulated | Disputed | 401-403 | |
| 187 | Dumpster Search Photo KC-EF-0046982 | Stipulated | Disputed | 401-403 | |
| 188 | Dumpster Search Photo KC-EF-0046983 | Stipulated | Disputed | 401-403 | |
| 189 | Dumpster Search Photo KC-EF-0046984 | Stipulated | Disputed | 401-403 | |
| 190 | Apartment Search Photo EFAIR006459 | Stipulated | Disputed | 401-403 | |
| 191 | Apartment Search Photo EFAIR006474 | Stipulated | Disputed | 401-403 | |
| 192 | Party Photo IMG_7407 | Stipulated | Stipulated | | |
| 193 | Party Photo IMG_7416 | Stipulated | Stipulated | | |
| 194 | Party Photo IMG_7417 | Stipulated | Disputed | 401-403 | |
| 195 | Party Photo IMG_7421 | Stipulated | Disputed | 401-403 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 196 | Party Photo IMG_7440 | Stipulated | Disputed | 401-403 | |
| 197 | Party Photo IMG_7441 | Stipulated | Stipulated | | |
| 198 | Party Photo IMG_7443 | Stipulated | Disputed | 401-403 | |
| 199 | Party Photo IMG_7453 | Stipulated | Disputed | 401-403 | |
| 200 | Party Photo IMG_7455 | Stipulated | Disputed | 401-403 | |
| 201 | Party Photo IMG_7472 | Stipulated | Disputed | 401-403 | |
| 202 | Party Photo IMG_7484 | Stipulated | Stipulated | | |
| 203 | Party Photo IMG_7489 | Stipulated | Disputed | 401-403 | |
| 204 | Party Photo IMG_7504 | Stipulated | Disputed | 401-403 | |
| 205 | Party Photo IMG_7552 | Stipulated | Stipulated | | |
| 206 | Party Photo IMG_7564 | Stipulated | Disputed | 401-403 | |
| 207 | Party Photo IMG_7589 | Stipulated | Disputed | 401-403 | |
| 208 | Party Photo IMG_7590 | Stipulated | Disputed | 401-403 | |
| 209 | Party Photo IMG_7592 | Stipulated | Stipulated | | |
| 210 | Party Photo IMG_7593 | Stipulated | Stipulated | | |
| 211 | Party Photo IMG_7594 | Stipulated | Disputed | 401-403 | |
| 212 | Party Photo IMG_7595 | Stipulated | Disputed | 401-403 | |
| 213 | Party Photo IMG_7596 | Stipulated | Disputed | 401-403 | |
| 214 | Party Photo IMG_7597 | Stipulated | Disputed | 401-403 | |
| 215 | Party Photo IMG_7604 | Stipulated | Stipulated | | |
| 216 | Party Photo IMG_7605 | Stipulated | Disputed | 401-403 | |
| 217 | Party Photo IMG_7609 | Stipulated | Stipulated | | |
| 218 | Party Photo IMG_7622 | Stipulated | Stipulated | | |
| 219 | Party Photo IMG_7629 | Stipulated | Disputed | 401-403 | |
| 220 | Party Photo IMG_7642 | Stipulated | Stipulated | | |
| 221 | Party Photo IMG_7652 | Stipulated | Disputed | 401-403 | |
| 222 | Party Photo IMG_7653 | Stipulated | Stipulated | | |
| 223 | Party Photo IMG_7666 | Stipulated | Disputed | 401-403 | |
| 224 | Crime Scene Video VTS_01_2 | Stipulated | Disputed | 401-403 | |
| 225 | Crime Scene Video VTS_01_3 | Stipulated | Disputed | 401-403 | |
| 226 | Crime Scene Video VTS_01_4 | Stipulated | Disputed | 401-403 | |
| 227 | Crime Scene Video VTS_01_5 | Stipulated | Disputed | 401-403 | |
| 228 | Coats Summary of Dubois Communications | Stipulated | Disputed | 401-403; 801-807 MIL | |
| 229 | Coats Dubois Questions RPD 006385 | Stipulated | Disputed | 401-403; 801-807 MILs | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 230 | Summary and Investigation Index 10-20-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 231 | Summary and Investigation Index 05-30-2013 | Stipulated | Disputed | 401-403; 801-807 | |
| 232 | Summary and Investigation Index 09-21-2021 | Stipulated | Disputed | 401-403; 801-807 | |
| 233 | Baird Draft PC Cert | Stipulated | Disputed | 401-403; 801-807 | |
| 234 | Redlined Baird Draft PC Cert | Disputed | Disputed | 401-403; 801-807 | |
| 235 | Mains Draft PC Cert 1 | Stipulated | Disputed | 401-403; 801-807; V | |
| 236 | Mains Draft PC Cert 2 | Stipulated | Disputed | 401-403; 801-807; V | |
| 237 | Mains Notes re-Johnson | Disputed | Disputed | 401-403; 801-807; Multiple exhibits | |
| 238 | Mains Johnson Probable Cause List | Disputed | Disputed | 401-403; 801-807; | |
| 239 | Photo of Johnson 0259 Text Message | Disputed | Disputed | 401-403; 801-807; | |
| 240 | 2010 Coats and Dubois Emails | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 241 | Defense Interview – Pardee 02-01-2016 | Stipulated | Disputed | 401-403; 801-807; | |
| 242 | Defense Interview – Shepard 08-06-2016 | Stipulated | Disputed | 401-403; 801-807; | |
| 243 | Defense Interview – Harding 10-26-2016 | Stipulated | Disputed | 401-403; 801-807; | |
| 244 | Defense Interview – Mains 11-29-2016 | Stipulated | Disputed | 401-403; 801-807; | |
| 245 | Defense Interview – Coats 11-30-2016 | Stipulated | Disputed | 401-403; 801-807; | |
| 246 | Defense Interview – Coats 12-05-2016 | Stipulated | Disputed | 401-403; 801-807; | |
| 247 | Defense Interview – Shultz 01-20-2017 | Stipulated | Disputed | 401-403; 801-807; | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 248 | Defense Interview – Sowers 01-20-2017 | Stipulated | Disputed | 401-403; 801-807; | |
| 249 | Shaer to Goldsmith and Fair Email 03-12-2021 | Disputed | Disputed | 401-403; 801-807; MIL | |
| 250 | Ottaway Letter 06-01-2017 | Disputed | Disputed | 401-403; 801-807; MIL | |
| 251 | Boyd Email re-Fair Trial 06-27-2017 | Disputed | Disputed | 401-403; 801-807; MIL | |
| 252 | Jarta Email re-Fair Trial 06-08-2017 | Disputed | Disputed | 401-403; 801-807; MIL | |
| 253 | 2012 MDOP Policy | Stipulated | Stipulated | | |
| 254 | Taylor Email re-MDOP Policy 02-29-2024 | Stipulated | Disputed | 401-403; 801-807; | |
| 255 | RPD MOS April 2008 | Stipulated | Disputed (Selected pages only, not 682 pages) | 401-403; V | |
| 256 | RPD MOS 2022 | Stipulated | Disputed (Selected pages only, not 656 pages) | 401-403; V | |
| 257 | RPD PEH June 2006 ("WSP PEH") | Stipulated | Disputed | 4ame01-403; 801-807 | |
| 258 | RPD Forensic Service Guide 2008 "WSP PEH" | Stipulated | Disputed | 401-403; 801-807 | |
| 259 | RPD Policy 3200 March 2018 | Stipulated | Disputed | 401-403; 801-807 | |
| 260 | RPD General Order #2012-09 | Stipulated | Disputed | 401-403 | |
| 261 | Hicks Materials – Crime Scene Management | Disputed | Disputed | 702; 401-404; 801-807 | |
| 262 | Hicks Materials – Ethics | Disputed | Disputed | 702; 401-404; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 263 | Hicks Materials – Procedures of Arrest | Disputed | Disputed | 702; 401-404; 801-807 | |
| 264 | Hicks Materials – Profiling Killers | Disputed | Disputed | 702; 401-404; 801-807 | |
| 265 | Hicks Materials – Report Writing | Disputed | Disputed | 702; 401-404; 801-807 | |
| 266 | Hicks Materials – Search Warrants | Disputed | Disputed | 702; 401-404; 801-807 | |
| 267 | Hicks Materials – Standards of Conduct Policy | Disputed | Disputed | 702; 401-404; 801-807 | |
| 268 | Hicks Materials - Statements | Disputed | Disputed | 702; 401-404; 801-807 | |
| 269 | Prashanthi to RPD Email 11-05-2008 | Disputed | Disputed | 401-403; 801-807; | |
| 270 | Ali to RPD Email 11-07-2008 | Disputed | Disputed | 401-403; 801-807 | |
| 271 | Ali to RPD Email #1 11-13-2008 | Disputed | Disputed | 401-403; 801-807 | |
| 272 | Ali to RPD Email #2 11-13-2008 | Disputed | Disputed | 401-403; 801-807 | |
| 273 | Ali to RPD Email 11-17-2008 | Disputed | Disputed | 401-403; 801-807 | |
| 274 | Ali to RPD Email 11-20-2008 | Disputed | Disputed | 401-403; 801-807 | |
| 275 | Dubois to Coats Email 02-02-2010 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 276 | Dubois to Coats Email Exchanges 02-04-2010 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 277 | 10-31-2008 to 11-06-2008 Johnson Activity Log | Disputed | Disputed | 401-403; 801-807 | |
| 278 | Baird to Coats Email 11-10-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 279 | Baird to Mains Email 11-13-2008 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 280 | Baird to Sowers Email 11-13-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 281 | Sowers to Baird Email 11-13-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 282 | Coats to Baird Email 11-10-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 283 | Mains to Coats Email 11-20-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 284 | Baird to Coats Email 11-24-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 285 | Baird to RPD Email 11-26-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 286 | Baird to Coats Email #1 12-11-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 287 | Baird to Coats Email #2 12-11-2008 | Stipulated | Disputed | 401-403; 801-807 | |
| 288 | Baird to Baird Email 01-12-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 289 | Baird to Pardee Email 01-12-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 290 | Baird to KCPAO Email 01-13-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 291 | Harding to Baird Email 02-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 292 | Baird to Coats Email 02-05-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 293 | Baird to Redmond Crime Analyst Email 02-12-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 294 | Baird to Ehlert Email 02-25-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 295 | Mains to Baird Email 02-25-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 296 | Emails Between Counsel re-MDOP Policy 02-29-2024 | Stipulated | Disputed | 401-403; 801-807 | |
| 297 | Baird to RPD Email #2 03-09-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 298 | Baird to RPD Email #3 03-09-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 299 | Baird to RPD Email 03-11-2009 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 300 | Baird to RPD Email 03-12-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 301 | Baird to RPD Email 03-19-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 302 | Baird to Pardee Email 03-23-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 303 | Baird to RPD Email 03-25-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 304 | Baird to Coats Email 04-03-2009 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 305 | Baird to Ehlert Email 04-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 306 | Harding to RPD Command Email 04-22-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 307 | Baird to Coats Email #1 04-28-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 308 | Baird to Coats Email #2 04-28-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 309 | Baird to Ehlert Email 04-28-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 310 | Baird to Coats Email 05-04-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 311 | Baird to Coats Email #1 05-06-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 312 | Baird to Coats Email #2 05-06-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 313 | Baird to Huseby Email 05-06-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 314 | Baird to Pardee Email 05-06-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 315 | Baird to Coats & Lab Email 05-07-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 316 | Baird to Pardee Email 05-08-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 317 | Baird to Coats Email 05-12-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 318 | WSPCL Lab Report 06-29-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 319 | Coats to Baird Email Thread 05-27-2009 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 320 | Status Conference Hearing Transcript 07-07-2017 | Stipulated | Disputed | 401-403; 801-807 | |
| 321 | Lab to Baird Email 07-07-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 322 | Baird to Huseby Email 07-08-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 323 | Coats to Baird Email 08-06-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 324 | Rosa to Baird Email 08-12-2009 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 325 | Baird to Ehlert Email 08-21-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 326 | Baird to Ehlert & Coats Email 08-29-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 327 | Baird to Ehlert Email 09-14-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 328 | Baird to Coats Email #1 09-15-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 329 | Baird to Coats Email #2 09-15-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 330 | Baird to Coats Email #3 09-15-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 331 | Baird to Ehlert Email 09-15-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 332 | Baird to Coats Email #1 09-16-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 333 | Baird to Coats Email #2 09-16-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 334 | Coats to Baird Email #3 09-16-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 335 | Baird to Coats Email #1 09-20-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 336 | Baird to Coats Email #2 09-20-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 337 | Baird to Coats Email #3 09-20-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 338 | Baird to Pardee Email 09-21-2009 | Stipulated | Disputed | 401-403; 801-807 | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 339 | Baird to Coats Email 09-22-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 340 | Baird to Goodhew Email 09-23-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 341 | Baird to Ehlert Email #1 09-24-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 342 | Baird to Ehlert Email #2 09-24-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 343 | Baird to Coats Email 09-28-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 344 | Coats to Baird Email 09-29-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 345 | Coats to Baird Email 11-20-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 346 | Morgan to Coats Email 01-28-2010 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 347 | Baird to Kunde Email 03-04-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 348 | Baird to JHB Email 03-16-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 349 | Baird to JHB Email 07-20-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 350 | Baird to KCPAO Email 07-17-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 351 | Baird to JHB Email 07-22-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 352 | Baird to JHB Email 08-12-2010 | Stipulated | Disputed | 401-403; 801-807 | |
| 353 | Email re Press Conference 10-29-2010 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 354 | Baird to KCPAO Email 02-09-2011 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 355 | Baird to Ehlert Email 03-03-2011 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 356 | Baird to Ehlert Email 03-22-2011 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 357 | Baird to Baird Email 09-21-2011 | Stipulated | Disputed | 401-403; | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | | | | 801-807; MIL | |
| 358 | Baird to Ehlert Email 09-22-2011 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 359 | Baird to Ehlert Email #1 02-28-2012 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 360 | Baird to Ehlert Email #2 02-28-2012 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 361 | Baird to Ehlert Email 03-06-2012 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 362 | Baird to Ehlert Email 05-14-2013 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 363 | Baird to JHB Email 05-15-2013 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 364 | Baird to Ehlert Email 07-08-2013 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 365 | Ehlert to Baird Email 12-02-2015 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 366 | Coats to KCPAO Email 02-16-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 367 | Satterberg to Haggerty Email 02-16-2018 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 368 | State v. Fair Trial Memorandum 2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 369 | Defense Motion to Reconsider Denial of Bail Reduction 12-11-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 370 | VRP Pre-Trial Transcript 12-12-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 371 | VRP Pre-Trial Transcript 12-14-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 372 | VRP Pre-Trial Transcript 12-15-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 373 | VRP Pre-Trial Transcript Morning 12-19-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 374 | VRP Pre-Trial Transcript Afternoon 12-19-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 375 | VRP Pre-Trial Transcript Morning 12-20-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 376 | VRP Pre-Trial Transcript Afternoon 12-20-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 377 | VRP Pre-Trial Transcript 12-21-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 378 | VRP Pre-Trial Transcript 01-26-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 379 | VRP Pre-Trial Transcript 02-01-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 380 | VRP Pre-Trial Transcript 02-13-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 381 | Trial Transcript 02-14-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 382 | Trial Transcript 02-15-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 383 | Trial Transcript 02-16-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 384 | Trial Transcript 02-21-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 385 | Trial Transcript 02-22-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 386 | Trial Transcript 02-23-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 387 | Trial Transcript 02-27-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 388 | Trial Transcript 02-28-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 389 | Trial Transcript 03-01-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 390 | Trial Transcript 03-02-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 391 | Trial Transcript 03-06-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 392 | Trial Transcript 03-07-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 393 | Trial Transcript 03-08-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 394 | Trial Transcript 03-13-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 395 | Trial Transcript 03-14-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 396 | Trial Transcript_Ferragut 03-21-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 397 | Trial Transcript_Roller 03-21-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 398 | Trial Transcript_Coats 03-21-2017 & 03-22-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 399 | Trial Transcript 03-27-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 400 | Trial Transcript_Johnson 1 03-28-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 401 | Trial Transcript_Johnson 2 03-28-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 402 | Trial Transcript 04-03-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 403 | Trial Transcript_Gasparetti 04-04-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 404 | Trial Transcript_Hughes 04-04-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 405 | Trial Transcript_Hutson 04-04-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 406 | Trial Transcript_Miller 04-04-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 407 | Trial Transcript_SimsPorter 04-04-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 408 | Trial Transcript_Accomplice Discussion 04-06-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 409 | Trial Transcript_Defense Closing 04-06-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 410 | Trial Transcript_State Closing 04-06-2017 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 411 | Shutler Interview Transcript 05-25-2016 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 412 | 2017 Trial Witness List - State | Stipulated | Disputed | 401-403; 801-807; MIL | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 413 | Suspect Podcast – Episode 1 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 414 | Suspect Podcast – Episode 2 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 415 | Suspect Podcast – Episode 3 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 416 | Suspect Podcast – Episode 4 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 417 | Suspect Podcast – Episode 5 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 418 | Suspect Podcast – Episode 6 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 419 | Suspect Podcast – Episode 7 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 420 | Suspect Podcast – Episode 8 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 421 | Suspect Podcast – Episode 9 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 422 | Suspect Podcast – Episode 10 | Disputed | Disputed | 401-403; 801-807; MIL; F | |
| 423 | Article Jeff Baird Retires_Employee News | Stipulated | Disputed | 401-403; 801-807 | |
| 424 | Article Fair Photo_Rolling Stone 04-01-2022 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 425 | Article Fair Photo_Seattle Times 04-15-2023 | Stipulated | Disputed | 401-403; 801-807; MIL | |
| 426 | Article Fair Photo_Seattle Times 04-19-2023 | Stipulated | Disputed | 401-403; 801-807; MIL | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 427 | Inmate Grievance Report 03-27-2012 | Stipulated | Disputed | 401-403; 801-807; MIL; SOL R; V | |
| 428 | Ombudsman Email 11-30-2012 | Stipulated | Disputed | 401-403; 801-807; MIL;SOL | |
| 429 | Inmate Grievance Report 02-21-2013 | Stipulated | Disputed | 401-404; 801-807; MIL;SOL; R; V | |
| 430 | Jail Officer Report 03-05-2013 | Stipulated | Disputed | 401-404; 801-807; MIL;SOL;V | |
| 431 | AdSeg Memo re-Fair 03-07-2013 | Stipulated | Disputed | 401-404; 801-807; MIL;SOL;V | |
| 432 | Ombudsman Letter 05-14-2013 | Stipulated | Disputed | 401-404; 801-807; MIL;SOL | |
| 433 | Jail Medical Records 06-05-2013 | Stipulated | Disputed | 401-403; 801-807; MIL;SOL;V | |
| 434 | DAJD Emails re-Ombudsman Case | Stipulated | Disputed | 401-404; 801-807;MIL; SOL | |
| 435 | Inmate Grievance Report 02-02-2014 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL; V | |
| 436 | Jail Officer Report 02-13-2014 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL | |
| 437 | Jail Memo re-Fair 03-03-2014 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL | |
| 438 | Jail Memo re-Fair 03-07-2014 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 439 | Ombudsman Letter 07-02-2014 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL | |
| 440 | Letter re-Fair Grievances 11-25-2014 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL | |
| 441 | Inmate Grievance Report 12.17.2014 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL; V | |
| 442 | Inmate Grievance Report 01-09-2015 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL; V | |
| 443 | Letter re-Fair Claim 03-17-2015 | Stipulated | Disputed | 401-404; 801-807;MIL; SOL | |
| 444 | Grievance Response by DAJD 04-17-2017 | Disputed (date wrong) | Disputed | 401-404; 801-807;MIL; SOL | |
| 445 | Medical Kite 08-01-2017 | Stipulated | Disputed | 401-404; 801-807 | |
| 446 | ACLU Letter 09-28-2017 | Disputed | Disputed | 401-404; 801-807; MIL; E | |
| 447 | Inmate Grievance Report 10-16-2017 | Stipulated | Disputed | 401-404; 801-807; MIL; V | |
| 448 | Claim for Damages 04-23-2019 | Stipulated | Disputed | 401-404; 408; 801-807; MIL | |
| 449 | Claim for Migraines 04-26-2019 | Stipulated | Disputed | 401-404; 408; 801-807; MIL | |
| 450 | Letter re-Claim for Damages 07.01.2019 | Stipulated | Disputed | 401-404; 408; | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | | | | 801-807; MIL | |
| 451 | ACA Resolution on the Use of Restricted Housing | Disputed | Disputed | 401-404; 408; 702; 801-807; E | |
| 452 | DAJD AdSeg Policy | Stipulated | Stipulated | | |
| 453 | DAJD Classification and Booking Notes | Stipulated | Disputed | 401-404; 801-807 | |
| 454 | DAJD Classification Personnel Codes | Stipulated | Disputed | 401-404; 801-807 | |
| 455 | DAJD Policy – 10 North | Stipulated | Stipulated | | |
| 456 | DAJD Proximity Report | Disputed | Disputed | 401-404; 801-807; MIL; SOL; R | |
| 457 | Fair Civil Rights Complaint 2016 | Stipulated | Disputed | 401-404; 801-807; MIL; SOL; R | |
| 458 | Interlocal Agreement Between King County and DOC | Disputed | Disputed | 401-404; 801-807; MIL | |
| 459 | Jail Security Checks | Disputed | Disputed | 401-404; 801-807; MIL; SOL; R; V | |
| 460 | Excerpts from Jail Medical Records | Stipulated | Disputed | 401-404; 801-807; MIL; SOL; R | |
| 461 | Jail Medical Records re-Sleep Apnea | Stipulated | Disputed | 401-404; 801-807; MIL; SOL | |
| 462 | Excerpts of Jail Medical Records – TED Socks | Stipulated | Disputed | 401-404; 801-807; MIL; SOL | |
| 463 | Zeng Sleep Clinic Records | Stipulated | Disputed | 401-403; 801-807; V | |
| 464 | 2007 Sleep Study Notes | Stipulated | Disputed | 401-403; 801-807 | |
| 465 | Sleep Apnea Medical Records | Stipulated | Disputed | 401-403; 801-807; | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | | | | V | |
| 466 | Video of Cardiology Visit with Dr. Mignone | Disputed | Disputed | 401-404; 801-807; F | |
| 467 | Neighborcare Health Records | Stipulated | Disputed | 401-404; 801-807; V | |
| 468 | Seattle and King County Public Health Records | Stipulated | Disputed | 401-404; 801-807; V | |
| 469 | UW Valley Medical Center Chest Xray 03-13-2022 | Stipulated | Disputed | 401-404; 801-807 | |
| 470 | DSHS Medical Records | Stipulated | Disputed | 401-404; 801-807; V | |
| 471 | Johnson Google Search History CD #4130 | Stipulated | Disputed | 401-403; 801-807 | |
| 472 | Johnson Pawn Shop Searches 11-01-2008 and 11-02-2008 CD #4130 | Stipulated | Disputed | 401-403; 801-807 | |
| 473 | RPD Forensic Report on Johnson Computer 02-03-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 474 | RPD Forensic Report on Johnson Phone 01-22-2009 | Stipulated | Disputed | 401-403; 801-807 | |
| 475 | 2024.10.09 Medical Records | Stipulated | Disputed | 401-403; 801-807 | |
| 476 | Photo – King County Jail 1 | Stipulated | stipulated | | |
| 477 | Photo – King County Jail 2 | Stipulated | Stipulated | | |
| 478 | Photo – King County Jail 3 | Stipulated | Disputed | 401-403 | |
| 479 | Photo – King County Jail 4 | Stipulated | Disputed | 401-403 | |
| 480 | Photo – Interior of Emanuel Fair's Cell | Stipulated | Disputed | 401-403 | |
| 481 | King County Superior Court Docket in Case No. 10-1-09274-5 SEA | Disputed (not certified) | Disputed | 401-403; 801-807 | |
| 482 | Notice of Appearance of Ben Goldsmith | Disputed | Disputed | 401-403; 801-807; | |

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | | (not certified) | | MIL | |
| 483 | Information 2010.10.29 | Disputed (not certified) | Stipulated | | |
| 484 | Fair HITS Notice 11-13-2008 | Stipulated | Disputed | 801-807 | |
| 485 | Fair Arrest Warrant 10-29-2010 | Disputed (not certified) | Stipulated | | |
| 486 | Fair AT&T Phone Records | Stipulated | Disputed | 401-403 801-807; V | |
| 487 | Crime Scene Photos KC-EF-0045374-45763. | Stipulated | Disputed | 401-403; V | |
| 488 | Crime Scene Photos KC-EF-0045764-46795 | Stipulated | Disputed | 401-403; V | |
| 489 | Crime Scene Photos KC-EF-0046796-47094 | Stipulated | Disputed | 401-403; V | |

**Defendant King County identifies the following exhibits:**

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 500 | KCSC No. 04-01-09409-3 SEA Information<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 501 | KCSC No. 04-01-09409-3 SEA Judgment & Sentence<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 502 | KCSC No. 07-1-05205-1 SEA Information<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 503 | KCSC No. 07-1-05205-1 SEA Judgment & Sentence<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 504 | KCSC No. 07-1-05205-1 SEA Order Modifying Probation and Jail Commitment<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 505 | KCSC No. 08-1-04917-1 SEA Information<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | | | | | |
| 506 | KCSC No. 08-1-04917-1 SEA Judgment & Sentence<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 507 | KCSC No. 09-1-05196-4 SEA Information<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 508 | KCSC No. 09-1-05196-4 SEA Judgment & Sentence<br>Certified Copy | Stipulated | Disputed | 401-03; 404; 609 801-07; MIL | |
| 509 | KCSC No. 10-1-09274-5 SEA Order on Case Scheduling/Status Conference dated 12/01/2010<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 510 | KCSC No. 10-1-09274-5 SEA Order on Case Scheduling/Status Conference dated 02/09/2011<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 511 | KCSC No. 10-1-09274-5 SEA Order on Case Scheduling/Status | Stipulated | Disputed | 401-03; 801-07; MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Conference dated 03/30/2011<br>Certified Copy | | | | |
| 512 | KCSC No. 10-1-09274-5 SEA Order on Case Scheduling Plea/Trial Setting dated 04/13/2011<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 513 | KCSC No. 10-1-09274-5 SEA Order Holding Case Scheduling Hearing dated 06/01/2011<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 514 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 06/06/2011<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 515 | KCSC No. 10-1-09274-5 SEA Trial Scheduling Order dated 08/10/2011<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 516 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 12/02/2011<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 517 | KCSC No. 10-1-09274-5 SEA Order Continuing Trial dated 01/06/2012 | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Certified Copy | | | | |
| 518 | KCSC No. 10-1-09274-5 SEA Motion, Certification & Order for Pre-Assignment to Trial Judge dated 01/27/2012<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 519 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 05/25/2012<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 520 | 2022-03-16 ER Visit Progress Note – UW Valley Medical Center UVM 000079 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 521 | KCSC No. 10-1-09274-5 SEA Order Continuing Trial dated 06/29/2012<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 522 | KCSC No. 10-1-09274-5 SEA Order to Appoint New Counsel dated 08/10/2012<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 523 | KCSC No. 10-1-09274-5 SEA Order to Continue Omnibus and Set Status Hearing dated 08/16/2012<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 524 | KCSC No. 10-1-09274-5 SEA Order Setting Case Setting Hearing & Striking Trial Date dated 08/31/2012<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 525 | KCSC No. 10-1-09274-5 SEA Order to Hold Over Case Scheduling Hearing dated 11/14/2012<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 526 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 11/19/2012<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 527 | KCSC No. 10-1-09274-5 SEA Order to Hold Over Case Scheduling Hearing dated 01/14/2013<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 528 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 01/15/2013<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 529 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 04/15/2013<br>Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 530 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 05/20/2013<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 531 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 08/12/2013<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 532 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 09/10/2013<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 533 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 10/21/2013<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 534 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 11/25/2013<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 535 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 01/06/2014<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 536 | KCSC No. 10-1-09274-5 SEA Order | Stipulated | Disputed | 401-03; | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Continuing Case Scheduling Hearing dated 02/20/2014 Certified Copy | | | 801-07; MIL | |
| 537 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 03/27/2014 Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 538 | KCSC No. 10-1-09274-5 SEA Order to Hold Over Case Scheduling Hearing dated 05/15/2014 Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 539 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 05/19/2014 Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 540 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 06/23/2014 Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 541 | KCSC No. 10-1-09274-5 SEA Order Continuing Case Scheduling Hearing dated 07/31/2014 Certified Copy | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 542 | KCSC No. 10-1-09274-5 SEA Order Continuing Case | Stipulated | Disputed | 401-03; 801-07; MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Scheduling Hearing dated 08/28/2014<br>Certified Copy | | | | |
| 543 | KCSC No. 10-1-09274-5 SEA Order to Hold Over Case Scheduling Hearing dated 09/25/2014<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 544 | KCSC No. 10-1-09274-5 SEA Order Trial Scheduling Order dated 10/01/2014<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 545 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 03/06/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 546 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 04/03/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 547 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 05/01/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 548 | KCSC No. 10-1-09274-5 SEA | Stipulated | Disputed | 401-03; | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Stipulated Order to Continue Omnibus Hearing dated 06/05/2015<br>Certified Copy | | | 801-07;<br>MIL | |
| 549 | KCSC No. 10-1-09274-5 SEA Stipulated Order Continuing Trial dated 07/01/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 550 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 07/17/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 551 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 08/07//2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 552 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 09/04/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 553 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 10/09/2015 | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Certified Copy | | | | |
| 554 | KCSC No. 10-1-09274-5 SEA Stipulated Order to Continue Omnibus Hearing dated 11/06/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 555 | KCSC No. 10-1-09274-5 SEA Order Continuing Trial dated 11/20/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 556 | KCSC No. 10-1-09274-5 SEA Order Continuing Trial dated 11/23/2015<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 557 | KCSC No. 10-1-09274-5 SEA Order on Criminal Motion to Set Future Dates dated 01/15/2016<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 558 | KCSC No. 10-1-09274-5 SEA Order Continuing Trial dated 02/12/2016<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 559 | KCSC No. 10-1-09274-5 SEA Order on Criminal Motion to Set Dates dated 03/22/2016<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 560 | KCSC No. 10-1-09274-5 SEA Order Continuing Trial dated 04/07/2016<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 561 | KCSC No. 10-1-09274-5 SEA Order Scheduling Future Dates dated 05/09/2016<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 562 | 2022-03-13 ER Visit History & Physical – UW Valley Medical Center UVM 000071 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 563 | KCSC No. 10-1-09274-5 SEA Order Continuing Trial dated 09/26/2016<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 564 | KCSC No. 10-1-09274-5 SEA Order Declaring Jury Deadlock and Discharging Jury dated 04/19/2017<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 565 | KCSC No. 10-1-09274-5 SEA Order Setting a New Trial Date dated 04/28/2017 Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 566 | KCSC No. 10-1-09274-5 SEA Order on Pretrial Motions Denying Bail Reduction | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Certified Copy | | | | |
| 567 | KCSC No. 10-1-09274-5 SEA Order Striking Trial Date dated 09/05/2017<br>Certified Copy | Stipulated | Disputed | 401-03;<br>801-07;<br>MIL | |
| 568 | KCSC No. 10-1-09274-5 SEA Judgment of Acquittal and Order for Immediate Release from Custody dated 06/11/2019<br>Certified Copy | Stipulated | Stipulated | | |
| 569 | Fair's Social Security Administration records SSA 000001 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 570 | Crime scene photo<br>KC-EF-0046861 | Stipulated | Disputed | 401-03 | |
| 571 | Crime scene photo<br>KC-EF-0046862 | Stipulated | Disputed | 401-03 | |
| 572 | Crime scene photo<br>KC-EF-0045398 | Stipulated | Disputed | 401-03 | |
| 573 | Crime scene photo-Redacted<br>KC-EF-0045730 | Stipulated | Disputed | 401-03 | |
| 574 | Crime scene photo-Redacted<br>KC-EF-0045395 | Stipulated | Disputed | 401-03 | |
| 575 | Crime scene photo<br>KC-EF-0046795 | Stipulated | Disputed | 401-03 | |
| 576 | Crime scene photo<br>KC-EF-0046346 | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 577 | Crime scene photo KC-EF-0045418 | Stipulated | Disputed | 401-03 | |
| 578 | Crime scene photo KC-EF-0046299 | Stipulated | Disputed | 401-03 | |
| 579 | Crime scene photo KC-EF-0046797 | Stipulated | Disputed | 401-03 | |
| 580 | Crime scene photo KC-EF-0045404 | Stipulated | Disputed | 401-03 | |
| 581 | Crime scene photo KC-EF-0045421 | Stipulated | Disputed | 401-03 | |
| 582 | Crime scene photo KC-EF-0045422 | Stipulated | Disputed | 401-03 | |
| 583 | Crime scene photo KC-EF-0045425 | Stipulated | Disputed | 401-03 | |
| 584 | Crime scene photo KC-EF-0045450 | Stipulated | Disputed | 401-03 | |
| 585 | Crime scene photo KC-EF-0045466 | Stipulated | Disputed | 401-03 | |
| 586 | Crime scene photo KC-EF-0045463 | Stipulated | Disputed | 401-03 | |
| 587 | Crime scene photo KC-EF-0045480 | Stipulated | Disputed | 401-03 | |
| 588 | Crime scene photo KC-EF-0045475 | Stipulated | Disputed | 401-03 | |
| 589 | Crime scene photo KC-EF-0045734 | Stipulated | Disputed | 401-03 | |
| 590 | Crime scene photo KC-EF-0045735 | Stipulated | Disputed | 401-03 | |
| 591 | Crime scene photo KC-EF-0045400 | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 592 | Crime scene photo KC-EF-0045402 | Stipulated | Disputed | 401-03 | |
| 593 | Crime scene photo KC-EF-0045410 | Stipulated | Disputed | 401-03 | |
| 594 | Crime scene photo KC-EF-0045409 | Stipulated | Disputed | 401-03 | |
| 595 | Crime scene photo KC-EF-0045411 | Stipulated | Disputed | 401-03 | |
| 596 | Crime scene photo KC-EF-0045412 | Stipulated | Disputed | 401-03 | |
| 597 | Crime scene photo KC-EF-0045413 | Stipulated | Disputed | 401-03 | |
| 598 | Crime scene photo KC-EF-0045414 | Stipulated | Disputed | 401-03 | |
| 599 | Crime scene photo KC-EF-0045415 | Stipulated | Disputed | 401-03 | |
| 600 | Crime scene photo KC-EF-0045416 | Stipulated | Disputed | 401-03 | |
| 601 | Crime scene photo KC-EF-0045417 | Stipulated | Disputed | 401-03 | |
| 602 | Crime scene photo KC-EF-0045559 | Stipulated | Disputed | 401-03 | |
| 603 | Sketch of evidence locations KC-EF-0041919 | Stipulated | Disputed | 401-03 | |
| 604 | Sketch NKP 11 KC-EF-0041913 | Stipulated | Disputed | 401-03 | |
| 605 | Autopsy photo KC-EF-0046520 | Stipulated | Disputed | 401-03 | |
| 606 | Autopsy photo KC-EF-0046522 | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 607 | Autopsy photo KC-EF-0046585 | Stipulated | Disputed | 401-03 | |
| 608 | Autopsy photo KC-EF-0046519 | Stipulated | Disputed | 401-03 | |
| 609 | Autopsy photo KC-EF-0046524 | Stipulated | Disputed | 401-03 | |
| 610 | Autopsy photo KC-EF-0046540 | Stipulated | Disputed | 401-03 | |
| 611 | Autopsy photo KC-EF-0046544 | Stipulated | Disputed | 401-03 | |
| 612 | Autopsy photo KC-EF-0046548 | Stipulated | Disputed | 401-03 | |
| 613 | Autopsy photo KC-EF-0046533 | Stipulated | Disputed | 401-03 | |
| 614 | Autopsy photo KC-EF-0046542 | Stipulated | Disputed | 401-03 | |
| 615 | Autopsy photo KC-EF-0046595 | Stipulated | Disputed | 401-03 | |
| 616 | Autopsy photo KC-EF-0046593 | Stipulated | Disputed | 401-03 | |
| 617 | Illustrative – DNA Processing | Disputed | Disputed | 401-03 | |
| 618 | Illustrative – LDS 101 | Disputed | Disputed | 401-03 | |
| 619 | Illustrative – NKP 11 | Disputed | Disputed | 401-03 | |
| 620 | Illustrative - Phenol | Disputed | Disputed | 401-03 | |
| 621 | Illustrative – Sources of DNA | Disputed | Disputed | 401-03 | |
| 622 | Illustrative – Types of Evidence | Disputed | Disputed | 401-03 | |
| 623 | DSCN3323 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 624 | DSCN3324 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |

**Defendant King County's Exhibits**

| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
|---|---|---|---|---|---|
| 625 | DSCN3346 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 626 | DSCN3348 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 627 | DSCN3349 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 628 | DSCN3350 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 629 | DSCN3351 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 630 | DSCN3352 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 631 | DSCN3353 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 632 | DSCN3354 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 633 | DSCN3504 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 634 | DSCN3505 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 635 | DSCN3506 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 636 | DSCN3507 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 637 | DSCN33271 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 638 | DSCN33281 - WSPCL KC-EF-0037433 (1) | Stipulated | Disputed | 401-03 | |
| 639 | DSCN33291 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 640 | Illustrative only – NKP 20 | Disputed | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 641 | Illustrative only - NKP 20 | Disputed | Disputed | 401-03 | |
| 642 | DSCN3917 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 643 | DSCN3918 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 644 | DSCN3919 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 645 | DSCN3920 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 646 | DSCN3768 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 647 | DSCN3769 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 648 | DSCN3770 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 649 | DSCN3771 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 650 | DSCN3772 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 651 | DSCN3775 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 652 | DSCN4132 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 653 | DSCN4133 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 654 | DSCN4134 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 655 | DSCN4135 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 656 | DSCN4136 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 657 | DSCN4137 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 658 | DSCN4138 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 659 | DSCN4139 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 660 | DSCN4140 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 661 | DSCN4141 - WSPCL KC-EF-0037433 | Stipulated | Disputed | 401-03 | |
| 662 | DSCN4142 - WSPCL KC-EF_0037433 | Stipulated | Disputed | 401-03 | |
| 663 | Direct comparison of plastic strips NKP39 vs BEH5 | Stipulated | Disputed | 401-03 | |
| 664 | DSCN2918-Item BEH-5 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 665 | DSCN2919-Item BEH-5 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 666 | DSCN2920-Item BEH-5 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 667 | DSCN2921-Item BEH-5 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 668 | DSCN2922-Item BEH-5 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 669 | DSCN2923-Item BEH-5 – WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 670 | DSCN2924-Item BEH-5-flash - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 671 | DSCN2925-Item BEH-5 strip 1 end A | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | (adhesive up) - WSPCL KC-EF-0038004 | | | | |
| 672 | DSCN2926-Item BEH-5 strip 1 end A (adhesive up) - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 673 | DSCN2927-Item BEH-5 strip 1 end B (adhesive up) - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 674 | DSCN2928-Item BEH-5 strip 2 end A (adhesive up) - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 675 | DSCN2929-Item BEH-5 strip 2 end B (adhesive up) - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 676 | DSCN2930-Item NKP39 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 677 | DSCN2931-Item NKP39 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 678 | DSCN2932-Item NKP39 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 679 | DSCN2933-Item NKP39 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 680 | DSCN2934-Item NKP39 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 681 | DSCN2935-Item NKP39 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 682 | DSCN2936-Item NKP39 back - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 683 | DSCN2937-Item NKP39 front - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 684 | DSCN2938-Item NKP39 inside waistband-front folded down - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 685 | DSCN2939-Item NKP39 - end 1 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 686 | DSCN2940-Item NKP39 - end 3 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 687 | DSCN2941-Item NKP39 - end 2 (stitched under) - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 688 | DSCN2942-Item NKP39 - end 4 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 689 | DSCN2943-Item NKP39 - end 5 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 690 | DSCN2944-Item NKP39 - end 6 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 691 | DSCN2945-Item NKP39 - end 7 – WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 692 | DSCN2946-Item NKP39 - end 8 & end 9 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 693 | DSCN2947-Item NKP39 - end 10 & end 11 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 694 | DSCN2948-Item NKP39 - end 12 & end 13 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 695 | DSCN2949-Item NKP39 - end 14 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 696 | DSCN2950-Item NKP39 - end 15 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 697 | DSCN2951-Item NKP39 - end 16 & end 17 - KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 698 | DSCN2952-Item NKP39 - end 18 - KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 699 | DSCN2953-top NKP39 end 6-bottom BEH5 Strip 1A - KC-EF-0038004 | Stipulated | Disputed | 401-03 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 700 | DSCN2954-top NKP39 end 6-bottom BEH5 Strip 1A - KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 701 | DSCN2955 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 702 | DSCN2956-top NKP39 end 1-bottom BEH5 strip 2A - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 703 | DSCN2957 - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 704 | DSCN2958-top NKP39 end 18-bottom BEH5 strip 2B - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 705 | DSCN2959-top NKP39 end 7-bottom BEH5 strip 1B - WSPCL KC-EF-0038004 | Stipulated | Disputed | 401-03 | |
| 706 | FADS Excerpts_Redacted KC-EF-0240918 | Stipulated | Disputed | 401-03; 801-07 | |
| 707 | MDOP Principle and Practices KC-EF-0241050 | Stipulated | Disputed | 401-03; 801-07 | |
| 708 | KC DAJD Policy 6.01.002 Classification Reviews, effective 07/11/2016 KC-EF-0047284 | Stipulated | Disputed | 401-03; 801-07 | |
| 709 | KC DAJD Policy 6.01.002 Classification Reviews, effective | Stipulated | Disputed | 401-03; 801-07 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | 11/14/2017 KC-EF-0172437 | | | | |
| 710 | KC DAJD Policy 6.01.002 Classification Reviews, effective 12/19/2017 KC-EF-0172439 | Stipulated | Disputed | 401-03; 801-07 | |
| 711 | KC DAJD Policy 6.01.002 Classification Reviews, effective 07/30/2018 KC-EF-0047361 | Stipulated | Disputed | 401-03; 801-07 | |
| 712 | KC DAJD Policy 6.01.005 Inmate Classification & Assessment, effective 07/11/2016 KC-EF-0172444 | Stipulated | Disputed | 401-03; 801-07 | |
| 713 | KC DAJD Policy 6.03.001 Restrictive Housing, effective 05/18/2016 KC-EF-0047333 | Stipulated | Disputed | 401-03; 801-07 | |
| 714 | KC DAJD Policy 6.03.001 Restrictive Housing, effective 11/14/2017 KC-EF-0172447 | Stipulated | Disputed | 401-03; 801-07 | |
| 715 | KC DAJD Policy 6.03.001 Restrictive Housing, effective 10/14/2019 KC-EF-047376 | Stipulated | Disputed | 401-03; 801-07 | |
| 716 | KC DAJD Policy 6.03.002 Restrictive Housing Contraindications, | Stipulated | Disputed | 401-03; 801-07 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | effective 05/18/2016 KC-EF-0047388 | | | | |
| 717 | KC DAJD Policy 6.03.003 Critical Inmate Placement, effective 04/29/2003 KC-EF-0047348 | Stipulated | Disputed | 401-03; 801-07 | |
| 718 | KC DAJD Policy 6.03.003 Critical Inmate Placement, effective 07/11/2016 KC-EF-0172462 | Stipulated | Disputed | 401-03; 801-07 | |
| 719 | Email 2008-11-13 KC-EF-0236859-U | Stipulated | Stipulated | | |
| 720 | Email 2009-04-03 KC-EF-0237079-U | Stipulated | Disputed | 401-03; 801-07 MIL | |
| 721 | Email 2009-04-03 KC-EF-0067767 Redacted | Stipulated | Disputed | 401-03; 801-07 | |
| 722 | Email 2009-06-26 KC-EF-0068131 | Stipulated | Disputed | 401-03; 801-07 | |
| 723 | Email 2009-08-04 KC-EF-0051437 | Stipulated | Disputed | 401-03; 801-07 MIL | |
| 724 | Email 2009-09-21 KC-EF-0237419-U | Stipulated | Disputed | 401-03; 801-07 MIL | |
| 725 | Email 2009-09-22 KC-EF-0237431-U | Stipulated | Disputed | 401-03; 801-07 | |
| 726 | Email 2009-09-22 KC-EF-0200304 | Stipulated | Disputed | 401-03; 801-07 MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 727 | Email 2009-09-24 KC-EF-0069068 | Stipulated | Disputed | 401-03; 801-07 | |
| 728 | Email 2009-09-25 KC-EF-0201104 | Stipulated | Disputed | 401-03; 801-07 | |
| 729 | Email 2009-09-28 KC-EF-0069077 | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 730 | Email 2009-10-08 KC-EF-0236811-U | Stipulated | Disputed | 401-03; 801-07 | |
| 731 | Email 2009-11-10 KC-EF-0236825-U | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 732 | Email 2010-05-11 KC-EF-0237797-U | Stipulated | Disputed | 401-03; 801-07 | |
| 733 | Email 2010-10-20 KC-EF-0237656-U | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 734 | Email 2010-10-27 KC-EF-0069815 | Stipulated | Disputed | 401-03; 801-07 | |
| 735 | Email 2010-10-27 KC-EF-0200106 | Stipulated | Disputed | 401-03; 801-07 | |
| 736 | Email Attachment 2010-10-27 KC-EF0240360-U | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 737 | Email 2010-10-27 KC-EF-0200112 | Stipulated | Disputed | 401-03; 801-07; MIL | |
| 738 | KCSC No. 10-1-09274-5 SEA Information | Stipulated | Disputed | 401-03; 801-07; MIL | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| | Certified Copy | | | | |
| 739 | KCSC No. 10-1-09274-5 SEA Motion, Finding of Probable Cause and Order Directing Issuance of Summons or Warrant and Fixing Bail<br>Certified Copy | Stipulated | Stipulated | | |
| 740 | Fair's KC DAJD Booking Packet excerpts_Redacted<br>KC-EF-0024133 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 741 | KC DAJD Classification Reviews re: Fair<br>KC-EF-0241058 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 742 | 2006-03-03 Psychological Evaluation_Redacted<br>EFAIR027601 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 743 | 2004-02-26 Medical Kite<br>SKC 005846 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 744 | 2004-06-14 Forensic Mental Health Report SKC 005779 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 745 | 2004-08-04 Psychiatry Follow Up Clinic Note SKC 005840 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 746 | 2005-02-02 Psychiatry Evaluation SKC 005829 | Stipulated | Disputed | 401-03;<br>801-07 | |
| 747 | 2005-03-14 Progress Note SKC 005820 | Stipulated | Disputed | 401-03;<br>801-07 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 748 | 2006-12-14 Jail Health Screening SKC 005804 | Stipulated | Disputed | 401-03; 801-07 | |
| 749 | 2007-12-03 Sleep Medicine Referral - UW Med Harborview UMH 000337 | Stipulated | Disputed | 401-03; 801-07 | |
| 750 | 2008-11-25 Medical Kite SKC 004240 | Stipulated | Disputed | 401-03; 801-07 | |
| 751 | 2008-11-25 Nursing Progress Note SKC 004859 | Stipulated | Disputed | 401-03; 801-07 | |
| 752 | 2008-11-26 PES Initial Evaluation SKC 005515 | Stipulated | Disputed | 401-03; 801-07 | |
| 753 | 2008-12-02 Psych Provider Initial Evaluation SKC 005541 | Stipulated | Disputed | 401-03; 801-07 | |
| 754 | 2008-12-08 PES Progress Note SKC 005522 | Stipulated | Disputed | 401-03; 801-07 | |
| 755 | 2008-12-16 Psychiatric Housing PES Follow Up Note SKC 005531 | Stipulated | Disputed | 401-03; 801-07 | |
| 756 | 2008-12-23 Psychiatric Housing PES Follow Up Note SKC 005529 | Stipulated | Disputed | 401-03; 801-07 | |
| 757 | 2008-12-26 PES Progress Note SKC 005520 | Stipulated | Disputed | 401-03; 801-07 | |
| 758 | 2008-12-27 PES Progress Note SKC 005519 | Stipulated | Disputed | 401-03; 801-07 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 759 | 2009-01-13 Psych Provider Follow Up Notes SKC 005538 | Stipulated | Disputed | 401-03; 801-07 | |
| 760 | 2009-09-30 Medical History & Consent SKC 004140 | Stipulated | Disputed | 401-03; 801-07 | |
| 761 | 2017-05-24 Visit Summary SKC 000857 | Stipulated | Disputed | 401-03; 801-07 | |
| 762 | 2017-06-23 Visit Summary SKC 000963 | Stipulated | Disputed | 401-03; 801-07 | |
| 763 | 2017-12-06 Visit Summary 2 SKC 001402 | Stipulated | Disputed | 401-03; 801-07 | |
| 764 | 2018-06-29 Reverse Kite SKC 003886 | Stipulated | Disputed | 401-03; 801-07 | |
| 765 | 2018-06-29 Visit Summary SKC 001802 | Stipulated | Disputed | 401-03; 801-07 | |
| 766 | 2018-10-25 Visit Summary SKC 002251 | Stipulated | Disputed | 401-03; 801-07 | |
| 767 | 2018-10-26 Reverse Kite SKC 003907 | Stipulated | Disputed | 401-03; 801-07 | |
| 768 | 2018-10-26 Visit Summary SKC 002274 | Stipulated | Disputed | 401-03; 801-07 | |
| 769 | 2019-02-13 Reverse Kite SKC 003926 | Stipulated | Disputed | 401-03; 801-07 | |
| 770 | 2019-02-18 Visit Summary SKC 002609 | Stipulated | Disputed | 401-03; 801-07 | |
| 771 | 2019-03-10 Special Diet Order SKC 003935 | Stipulated | Disputed | 401-03; 801-07 | |

| Defendant King County's Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 772 | 2019-03-10 Visit Summary SKC 002692 | Stipulated | Disputed | 401-03; 801-07 | |
| 773 | 2022-03-13 ER Visit – UW Valley Medical Center UVM 000060 | Stipulated | Disputed | 401-03; 801-07 | |
| 774 | In-life photo Arpana Jinaga – KC-EF-0027356 ("Jinaga work computer") | Stipulated | Disputed | 401-03 | |

**Defendant City of Redmond identifies the following exhibits:**

| Defendant Redmond Exhibits | | | | | |
|---|---|---|---|---|---|
| **Ex. #** | **Description** | **Authenticity** | **Admissibility** | **Objection** | **Admitted** |
| 800 | REDMOND 009729-009731: Affidavit for Search Warrant dated Feb. 23, 2009 by Greg Mains | Stipulated | Stipulated | | |
| 801 | REDMOND 007023-007028: Affidavit for Search Warrant dated November 6, 2008 by Greg Mains | Stipulated | Disputed | 401-03; 801-07 | |
| 802 | RPD 6919-6934: Training Records for Brian Coats, 1991-2021 | Stipulated | Stipulated | | |
| 803 | RPD 7735: Photo of Dumpster Search | Exhibit Misidentified | Exhibit Misidentified | All objections reserved | |
| 804 | RPD 7736: Photo of Dumpster Search | Exhibit Misidentified | Exhibit Misidentified | All objections reserved | |

The Parties' Objection Code:

| | |
|---|---|
| E | Exhibit is objectionable because it constitutes attempted expert testimony from a person who was not designated as an expert (Fed. R. Civ. P. 26) |
| F | Lack of foundation |
| MIL | Subject of Motion in Limine |
| R | Redactions Needed |
| SOL | This exhibit is objectionable because it is the subject of a prior ruling. |
| V | This is a voluminous exhibit that needs to be split into individual exhibits. |

In the Authenticity and Admissibility columns, indicate "Stipulated" or "Disputed." If "Disputed", identify the objection in the Objection column. An objection based on a Fed. R. Evid. should reference the rule number; additional objections should be referenced by a code that the parties include with the exhibit list. The "Admitted" column is for use by the Court.

**ACTION BY THE COURT**

(a) This case is scheduled for trial before a jury on September 14, 2026, at 1:30 p.m..

(b) Trial briefs shall be submitted to the court on or before September 8, 2026.

(c) Jury instructions requested by either party shall be submitted to the court on or before September 8, 2026. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before September 8, 2026. Proposed questions for the jury questionnaire shall be submitted to the court on or before August 21, 2026.

(d) Any deposition designations must be submitted to the court (not filed on CM/ECF) on or before August 26, 2026.

(d) (Insert any other ruling made by the court at or before pretrial conference.)

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a

subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 31st day of August, 2026.

John H. Chun

John H. Chun United States
District Court Judge