UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

EMANUEL D. FAIR,

Plaintiff,

vs.

KING COUNTY, a political subdivision of the State of Washington, CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington,

Defendants.

No. 21-cv-01706-JHC

STIPULATED MOTION AND ORDER TO DISMISS SEPARATE AND DISTINCT CLAIMS FOR CONDITIONS OF CONFINEMENT

NOTE ON MOTION CALENDAR: SEPTEMBER 2, 2026

**STIPULATED MOTION TO DISMISS**

Plaintiff has indicated in the Pretrial Order that he will no longer pursue the distinct and separate causes of action alleged in the Third Amended Complaint specifically directed to plaintiff's conditions of confinement. Plaintiff does, however, intend to pursue all recoverable damages resulting from the other live claims.

The Second Cause of Action in the Third Amended Complaint alleges violations of 42 USC § 1983 – specifically, (1) whether King County had a custom or policy of denying sleep apnea treatment; and (2) whether King County had a practice of holding pretrial detainees in protective custody for long periods of time without efforts to mitigate the effects of long-term

confinement. The Fourth Cause of Action in the Third Amended Complaint alleges Negligence – specifically, whether King County Jail was put on notice about the long-term effects of plaintiff's extended isolation but did nothing.

As plaintiff does not intend to pursue these specific claims at his trial, the parties stipulate to their dismissal. No other claims or causes of action are affected by this stipulation and Plaintiff reserves the right to seek all available damages from the remaining live claims, including damages which may arguably overlap with the claims affected by this stipulation.

DATED this 2nd day of September, 2026.

BUDGE & HEIPT, PLLC

By: <u>*/s/Edwin S. Budge*</u>
Edwin S. Budge, WSBA #24182
Corinne Sebren, WSBA#58777
Budge & Heipt, PLLC
808 East Roy Street
Seattle, WA 98102
Phone: (206) 624-3060
Email: ed@budgeandheipt.com
Email: corinne@budgeandheipt.com
Attorneys for Plaintiff

LEESA MANION (she/her)
King County Prosecuting Attorney

By: <u>*/s/Carla B. Carlstrom*</u>
Carla B. Carlstrom, WSBA #27521
Amy Montgomery, WSBA #32068
Senior Deputy Prosecuting Attorneys
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 296-1120 / Fax (206) 296-0191
Email: carla.carlstrom@kingcounty.gov
Email: amy.montgomery@kingcounty.gov
Attorneys for Defendant King County

GALANDA BROADMAN, PLLC

By: <u>*/s/Ryan D. Dreveskracht*</u>
Ryan D. Dreveskracht, WSBA #42593
8606 35th Avenue NE, Suite L1
P.O. Box 15146
Seattle, WA 98115
Phone: (206) 557-7509
Fax: (206) 299-7690
Email: ryan@galandabroadman.com
Attorney for Plaintiff

MORGAN, LEWIS & BOCKIUS LLP

By: <u>*/s/Patty Eakes*</u>
Patty Eakes, WSBA #18888
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400 / Fax (206) 274-6401
Email: patty.eakes@morganlewis.com
Attorney for Defendant King County

ANGELI & CALFO LLC

By: */s/Henry C. Phillips*
Henry C. Phillips, WSBA #55152
701 Pike Street, Suite 1625
Seattle, WA 98101
Phone: (206) 703-4810
Email: henry@angelicalfo.com
Attorney for Defendant King County

BAKER STERCHI COWDEN & RICE, LLC

By: */s/Robert L. Christie*
Robert L. Christie, WSBA #10895
John W. Barry, WSBA #55661
2100 Westlake Avenue North, Suite 206
Seattle, WA 98109
Phone: 206-957-9669
Email: bob.christie@bakersterchi.com
Email: john.barry@bakersterchi.com
Attorneys for Defendant City of Redmond

**ORDER**

This matter, having come before the Court on the parties' motion for dismissal of Plaintiff's remaining claims related to his conditions of confinement, contained in the Second and Fourth Causes of Action, and the Court having considered the motion and being duly informed, hereby grants the motion and orders as follows:

1. Plaintiff's remaining claims contained in the Second Cause of Action related to his conditions of confinement are dismissed with prejudice and without an award of fees or costs to any party.
2. Plaintiff's remaining claim of negligence contained in the Fourth Cause of Action related to his conditions of confinement are dismissed with prejudice and without an award of fees or costs to any party.
3. No other claims or causes of action are affected by this order.
4. The remaining claims in this case remain scheduled for trial on September 14, 2026.

DATED this 2nd day of September, 2026.

John H. Chun
United States District Judge