wellUNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington,<br><br>Defendants. | CASE NO. 2:21-cv-01706-JHC<br><br>ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE |

Before the Court are Plaintiff Emmanuel Fair's Motions in Limine. Dkt. # 314. The Court has considered the materials filed in support of and in response to the motions, the rest of the file, and the governing law. Being fully advised, Court rules as follows:

1. **Exclude evidence, arguments, and allegations of bad acts and evidence of Mr. Fair's criminal background, reputation in the community, or unrelated illicit drug use.**

DENIED as to any information that investigators and prosecutors considered at the time that they investigated Plaintiff and/or decided to prosecute him. RESERVED as to all other information.

The Court GRANTS Plaintiff leave to submit a proposed limiting instruction as to any of this evidence.

**2. Exclude evidence, arguments, and allegations related to Plaintiff's DNA on a tissue.**

DENIED.

The Court GRANTS Plaintiff leave to submit a proposed limiting instruction as to any of this evidence.

**3. Exclude arguments and allegations suggesting an accomplice theory.**

DENIED.

**4. Exclude expert testimony by fact witnesses.**

RESERVED.

**5. Exclude arguments appealing to public safety, community protection, etc.**

GRANTED as to any arguments concerning the purported impact of a verdict for Plaintiff. RESERVED as to any arguments or references to public safety or community protection that may be relevant to explain the evidence or the applicable legal standards.

**6. Exclude evidence or argument that subsequent judicial rulings superseded Defendants' conduct or broke the causal chain.**

RESERVED.

**7. Exclude references to dismissal of prior defendants.**

GRANTED.

**8. Exclude reference of personal consequences to dismissed defendants or others.**

GRANTED as to all parties.

**9. Exclude reference to prior lawsuit and claims against, and settlement with, Defendant King County.**

GRANTED.

//

//

Dated this 8th day of September, 2026.

John H. Chun
United States District Judge