UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington,<br><br>Defendants. | CASE NO. 2:21-cv-01706-JHC<br><br>ORDER RE: DEFENDANT KING COUNTY'S MOTIONS IN LIMINE |

Before the Court are Defendant King County's Motions in Limine. Dkt. # 315. The Court has considered the materials filed in support of and in response to the motions, the rest of the file, and the governing law. Being fully advised, Court rules as follows:

1. **Exclude improper argument about Plaintiff's acquittal.**

RESERVED.

The Court DIRECTS Plaintiff's counsel to disclose to Defendants as soon as reasonably possible whether, when, and how they intend to disclose the fact of acquittal so that the Court can resolve any dispute—and consider any limiting instruction—before the jury hears it.

**2. Exclude reference to any applications of Cameron Johnson's Fifth Amendment right.**

DENIED.

The Court GRANTS Defendant leave to submit a proposed limiting instruction as to this evidence.

**3. Exclude the "Babay" email from a King County paralegal.**

DENIED.

**4. Exclude testimony from Benjamin Haggerty.**

DENIED as to any testimony that speaks to damages. GRANTED as to any references to the witness's stage name, celebrity status, or musical career.

**5. Exclude evidence and argument that King County could have transferred Plaintiff to a state penitentiary.**

GRANTED.

**6. Exclude any evidence or argument of implicit racial bias.**

RESERVED.

**7. Exclude evidence and argument relating to actions subject to prosecutorial immunity.**

RESERVED.

**8. Exclude evidence regarding jury deliberations.**

RESERVED.

**9. Exclude expert testimony on ultimate issues of law, including the existence or lack of probable cause.**

GRANTED.

**10. Exclude Sue Peters's prior expert witness work with defense counsel.**

GRANTED as to any references to defense counsel by name. DENIED as to the extent that Plaintiff seeks to tell the jury that Sue Peters has previously served as a prosecution expert.

**11. Exclude or limit the testimony of Ben Goldsmith.**

RESERVED.

**12. Exclude references to and substantive evidence from the Suspect Podcast.**

GRANTED. The Court does not understand this motion to preclude any use of these statements for non-substantive evidence purposes.

**13. Exclude evidence and argument from prior to August 1, 2016, in support of Fair's conditions-of-confinement claim.**

The Court STRIKES this motion as moot. *See* Dkt. # 334 (dismissing Plaintiff's conditions of confinement claims).

**14. Exclude evidence or argument relating to a 2017 letter from the ACLU.**

GRANTED. The Court does not understand this motion to preclude any use of this letter for non-substantive evidence purposes.

Dated this 8th day of September, 2026.

John H. Chun
John H. Chun
United States District Judge