UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington,<br><br>Defendants. | CASE NO. 2:21-cv-01706-JHC<br><br>ORDER RE: DEFENDANTS' JOINT SUPPLEMENTAL MOTION IN LIMINE |

Before the Court is Defendants' Joint Supplemental Motion in Limine. Dkt. # 321. The Court has considered the materials filed in support of and in response to the motion, the rest of the file, and the governing law. Being fully advised, Court rules as follows:

1. **Exclude evidence and argument relating to the conduct, policies, and medical conditions alleged in Plaintiff's abandoned conditions-of-confinement claims.**

DENIED as to any evidence or arguments that speak to damages for Plaintiff's remaining claims. GRANTED as to any evidence or arguments that exclusively relate to Plaintiff's dismissed conditions of confinement claims.

//

//

Dated this 8th day of September, 2026.

John H. Chun
United States District Judge