UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>vs.<br><br>KING COUNTY, a political subdivision of the State of Washington, CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington,<br><br>Defendants. | No. 21-cv-01706-JHC<br><br>ORDER |

Before the Court is Defendant City of Redmond's Motion to Strike and for Sanctions. Dkt. # 384. The Court has considered the motion, Plaintiff's response (Dkt. # 385), the rest of the record, and the governing law. Being fully advised, the Court ORDERS as follows:

The Court GRANTS the motion in part. The Court REFUSES Exhibits 21 and 23—those exhibits are no longer admitted. The basis for refusal is lack of foundation and, to a certain extent, cumulativeness.[1] *See* Fed. R. Evid. 403, 602, & 901. The Court will instruct the jury to disregard the recordings in the exhibits. The Court otherwise DENIES the motion.

[1] Upon further reflection, the Court is not as concerned regarding unfair prejudice. In the Court's opinion, most of the evidentiary force of the exhibits flows from the words themselves, which are admitted. *See, e.g.*, Exhibit 18 at 46 ("I know you've been around the block, all right? . . . I just mean, just in, in the environment, the Central District; there's gang shootings . . . every fricking night.").

DATED this 28th day of September, 2026.

John H. Chun
United States District Judge