UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMANUEL D. FAIR,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, a political subdivision of the State of Washington; CITY OF REDMOND, a municipal entity and political subdivision of the State of Washington,<br><br>Defendants. | CASE NO. 2:21-cv-01706-JHC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John H. Chun, United States District Judge:

Before the Court are the City of Redmond's renewed motion for a directed verdict and King County's motion for judgment as a matter of law. Dkt. ## 389 & 402.

(1) Plaintiff's responses to these motions are due on or before Tuesday, October 6, 2026.

(2) Defendants' optional replies are due on or before Friday, October 9, 2026.

(3) The Court DIRECTS the Clerk to re-note both motions for October 9, 2026.

//

//

Dated this 30th day of September 2026.

Joshua C. Lewis
Clerk

*/s/Ashleigh Drecktrah*
Deputy Clerk